# CERTIFICATION

Plaintiffs United Food and Commercial Workers International Union Local 464A, the Trustees of Welfare and Pension Funds of Local 464A – Pension Fund, the Trustees of Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A, the Trustees of Local 464A Finast Full Time Employees Pension Plan, the Trustees of Local 464A Welfare and Pension Building Inc., and the Trustees of New York-New Jersey Amalgamated Pension Plan for ACME Employees (collectively, "Local 464A"), declare, as to the claims asserted under the federal securities laws, that:

1. Local 464A did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any private action.

2. Local 464A is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

3. Local 464A's Class Period purchase and sale transactions in Pilgrim's Pride Corporation securities that are the subject of this action are attached in Schedule A.

4. Local 464A has full power and authority to bring suit to recover for its investment losses.

5. Local 464A has fully reviewed the facts and allegations of the Complaint and authorizes its filing.

6. I, John T. Niccollai, as President of United Food and Commercial Workers International Union Local 464A and Trustee of Welfare and Pension Funds of Local 464A – Pension Fund, Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A, Local 464A Finast Full Time Employees Pension Plan, Local 464A Welfare and Pension Building Inc., and New York-New Jersey Amalgamated Pension Plan for ACME Employees, am authorized to make legal decisions on behalf of Local 464A.

7. Local 464A intends to actively monitor and vigorously pursue this action for the benefit of the class.

8. Local 464A will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to ensure that the largest recovery for the class consistent with good faith and meritorious judgment is obtained.

9. Local 464A is not currently serving and has not served as a representative party for a class action filed under the federal securities laws during the three years prior to the date of this Certification.

10. Certain Local 464A funds sought to serve (but were not appointed) as representative parties for the following class actions filed under the federal securities laws during the three years prior to the date of this Certification:

*Logan v. ProPetro Holding Corp., et al.*, No. 19-cv-00217 (W.D. Tex.) (United Food and Commercial Workers International Union Local 464A, the Trustees of Welfare and Pension Funds of Local 464A – Pension Fund, and the Trustees of New York-New Jersey Amalgamated Pension Plan for ACME Employees)

*Labul v. XPO Logistics, Inc., et al.*, No. 18-cv-02062 (D. Conn.) (the Trustees of Welfare and Pension Funds of Local 464A – Pension Fund)

11. Local 464A will not accept any payment for serving as a representative party on behalf of the class beyond Local 464A's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2ND day of July 2020.

John T. Niccollai, as President of United Food and Commercial Workers International Union Local 464A and Trustee of Welfare and Pension Funds of Local 464A – Pension Fund, Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A, Local 464A Finast Full Time Employees Pension Plan, Local 464A Welfare and Pension Building Inc., and New York-New Jersey Amalgamated Pension Plan for ACME Employees

## SCHEDULE A

### United Food and Commercial Workers International Union Local 464A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 1/28/2020 | 122 | $27.60 |

### Welfare and Pension Funds of Local 464A – Pension Fund

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 2/13/2017 | 13,900 | $20.47 |
| Common Stock | BUY | 3/9/2017 | 600 | $21.07 |
| Common Stock | BUY | 4/10/2017 | 539 | $22.74 |
| Common Stock | BUY | 9/12/2017 | 9,986 | $27.98 |
| Common Stock | BUY | 11/6/2017 | 315 | $30.99 |
| Common Stock | BUY | 12/11/2017 | 29,483 | $35.63 |
| Common Stock | BUY | 4/3/2018 | 12,151 | $23.87 |
| Common Stock | BUY | 8/8/2018 | 1,066 | $17.64 |
| Common Stock | BUY | 1/10/2019 | 7,719 | $17.35 |
| Common Stock | BUY | 12/19/2019 | 18,642 | $32.55 |
| Common Stock | BUY | 1/28/2020 | 23,059 | $27.60 |
| Common Stock | SELL | 3/22/2017 | 594 | $21.95 |
| Common Stock | SELL | 5/15/2017 | 19,927 | $24.39 |
| Common Stock | SELL | 6/8/2017 | 1,147 | $24.43 |
| Common Stock | SELL | 10/12/2017 | 44 | $29.04 |
| Common Stock | SELL | 1/30/2018 | 1,842 | $29.62 |
| Common Stock | SELL | 8/22/2018 | 2,494 | $18.35 |
| Common Stock | SELL | 11/14/2018 | 33,744 | $19.33 |
| Common Stock | SELL | 12/13/2018 | 6,796 | $17.05 |
| Common Stock | SELL | 2/13/2019 | 15,800 | $20.38 |

### Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 1/28/2020 | 765 | $27.60 |
| Common Stock | BUY | 3/24/2020 | 5 | $18.52 |

### Local 464A Finast Full Time Employees Pension Plan

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 1/28/2020 | 514 | $27.60 |

### Local 464A Welfare and Pension Building Inc.

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 1/28/2020 | 53 | $27.60 |

### New York-New Jersey Amalgamated Pension Plan for ACME Employees

| Security | Buy/Sell | Date | Quantity | Price |
|---|---|---|---|---|
| Common Stock | BUY | 9/12/2017 | 589 | $27.98 |
| Common Stock | BUY | 11/6/2017 | 19 | $30.99 |
| Common Stock | BUY | 12/11/2017 | 1,738 | $35.63 |

| | | | | |
|---|---|---|---|---|
| Common Stock | BUY  | 4/3/2018   | 753   | $23.87 |
| Common Stock | BUY  | 8/8/2018   | 66    | $17.64 |
| Common Stock | BUY  | 1/10/2019  | 450   | $17.35 |
| Common Stock | BUY  | 12/19/2019 | 997   | $32.55 |
| Common Stock | BUY  | 1/28/2020  | 1,233 | $27.60 |
| Common Stock | SELL | 10/12/2017 | 3     | $29.04 |
| Common Stock | SELL | 8/22/2018  | 333   | $18.35 |
| Common Stock | SELL | 11/14/2018 | 1,963 | $19.33 |
| Common Stock | SELL | 12/13/2018 | 396   | $17.05 |
| Common Stock | SELL | 2/13/2019  | 920   | $20.38 |