**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01966-RM-MEH

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION LOCAL 464A, et al.,

      Plaintiff,

v.

PILGRIM'S PRIDE CORPORATION, et al.,

      Defendants.

---

**DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

---

I, DANIELLE S. MYERS, declare as follows:

1.    I am an attorney licensed to practice law before the courts of the State of California and am admitted to practice in this Court.  I am a partner with Robbins Geller Rudman & Dowd LLP, proposed lead counsel for New Mexico State Investment Council ("NMSIC") in the above-captioned action.  I make this declaration in support of NMSIC's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit 1:    Notice of class action published on *Business Wire*, a national business-oriented publication, dated July 6, 2020;

Exhibit 2:    NMSIC's Certification;

Exhibit 3:    Estimate of NMSIC's financial interest, prepared by counsel; and

Exhibit 4:    Declaration of P. Cholla Khoury.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 4th day of September 2020.



s/ Danielle S. Myers

DANIELLE S. MYERS

Cases\4817-5343-7386.v1-9/4/20

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 4, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<div style="margin-left:50%">

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dmyers@rgrdlaw.com

</div>

Cases\4817-5343-7386.v1-9/4/20

# Mailing Information for a Case 1:20-cv-01966-RM-MEH United Food and Commercial Workers International Union Local 464A et al v. Pilgrim's Pride Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Naumon Amjed**
  namjed@ktmc.com,rdegnan@ktmc.com,ksauder@ktmc.com,hpaffas@ktmc.com,iyeates@ktmc.com

- **Seth Goodchild**
  seth.goodchild@weil.com,mco.ecf@weil.com,seth-weil-4005@ecf.pacerpro.com

- **Caitlin C. McHugh**
  cmchugh@lrrc.com,lelliott@lrrc.com,caitlin.c.mchugh@gmail.com,caitlin-mchugh-3721@ecf.pacerpro.com

- **Alex C. Myers**
  amyers@lrrc.com,lelliott@lrrc.com,alex-myers-9547@ecf.pacerpro.com

- **Joel S. Neckers**
  neckers@wtotrial.com,allen@wtotrial.com,mchenry@wtotrial.com

- **Caroline J. Zalka**
  caroline.zalka@weil.com,mco.ecf@weil.com,caroline-zalka-7810@ecf.pacerpro.com,nymao@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)