# EXHIBIT 3

| Movant's Purchases and Losses | | | | | Class Period: 02/09/2017 - 06/03/2020 | | | | Pilgrim's Pride (Q3 2020) |
|---|---|---|---|---|---|---|---|---|---|
| **Name** | **Date** | **Shares Acquired** | **Price** | **Total Cost** | | **Shares Sold** | **Price** | **Total Proceeds** | **Total Gain (Loss)** |
| **New Mexico State Investment Council** | 04/25/2017 | 738 | $25.73 | $18,988.74 | 11/20/2017 | 1,083 | $35.27 | $38,202.41 | |
| | 04/25/2017 | 4,387 | $25.73 | $112,877.51 | 08/28/2018 | 21,311 | $18.40 | $392,127.34 | |
| | 06/30/2017 | 31,711 | $21.92 | $695,105.12 | 10/01/2018 | 62,017 | $17.63 | $1,093,125.41 | |
| | 07/03/2017 | 28,281 | $22.06 | $623,955.22 | 10/25/2018 | 13,661 | $17.48 | $238,781.00 | |
| | 07/05/2017 | 15,227 | $21.76 | $331,283.18 | 11/27/2018 | 43,690 | $19.88 | $868,451.30 | |
| | 08/15/2017 | 64,665 | $27.68 | $1,789,880.19 | 02/27/2019 | 325 | $19.68 | $6,396.00 | |
| | 12/21/2018 | 700 | $15.68 | $10,976.00 | 02/27/2019 | 687 | $19.68 | $13,520.16 | |
| | 03/15/2019 | 788 | $20.94 | $16,500.72 | 06/27/2019 | 1,192 | $24.74 | $29,490.08 | |
| | 06/28/2019 | 596 | $25.39 | $15,131.72 | 03/16/2020 | 1,000 | $17.19 | $17,191.50 | |
| | 01/10/2020 | 18,494 | $31.43 | $581,216.89 | 03/17/2020 | 400 | $17.04 | $6,817.46 | |
| | 01/30/2020 | 376 | $26.93 | $10,125.30 | 03/20/2020 | 289 | $17.65 | $5,100.85 | |
| | 01/30/2020 | 49,940 | $26.82 | $1,339,183.60 | 08/04/2020 | 13,810 | $15.39 | $212,475.14 | |
| | | | | | 08/04/2020 | 38,089 | $15.42 | $587,458.07 | |
| | | | | | 08/05/2020 | 11,722 | $15.49 | $181,573.78 | |
| | | | | | held | 6,627 | $16.66 | $110,412.66 | |
| **Movant's Total** | | **215,903** | | **$5,545,224.20** | | **215,903** | | **$3,801,123.16** | **($1,744,101.04)** |

Calculated pursuant to 15 U.S.C. §78u-4(e)(1) and (2)

Prices listed are rounded to two decimal places.