**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01966-RM-MEH

UNITED FOOD AND COMMERCIAL
WORKERS INTERNATIONAL UNION
LOCAL 464A, THE TRUSTEES OF
WELFARE AND PENSION FUNDS OF
LOCAL 464A – PENSION FUND, THE
TRUSTEES OF RETIREMENT PLAN FOR
OFFICERS, BUSINESS REPRESENTATIVES
AND OFFICE EMPLOYEES OF LOCAL
464A, THE TRUSTEES OF LOCAL 464A
FINAST FULL TIME EMPLOYEES
PENSION PLAN, THE TRUSTEES OF
LOCAL 464A WELFARE AND PENSION
BUILDING INC., and THE TRUSTEES OF
NEW YORK-NEW JERSEY
AMALGAMATED PENSION PLAN FOR
ACME EMPLOYEES, Individually and on
Behalf of All Others Similarly Situated,

                 Plaintiffs,

    v.

PILGRIM'S PRIDE CORPORATION,
JAYSON J. PENN, WILLIAM W. LOVETTE,
and FABIO SANDRI,

                 Defendants.

---

**DECLARATION OF JOEL S. NECKERS IN SUPPORT OF THE MOTION OF UNITED
FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION LOCAL 464A,
THE TRUSTEES OF WELFARE AND PENSION FUNDS OF LOCAL 464A – PENSION
FUND, THE TRUSTEES OF RETIREMENT PLAN FOR OFFICERS, BUSINESS
REPRESENTATIVES AND OFFICE EMPLOYEES OF LOCAL 464A, THE TRUSTEES
OF LOCAL 464A FINAST FULL TIME EMPLOYEES PENSION PLAN, THE
TRUSTEES OF LOCAL 464A WELFARE AND PENSION BUILDING INC., AND THE
TRUSTEES OF NEW YORK-NEW JERSEY AMALGAMATED PENSION PLAN FOR
ACME EMPLOYEES FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Joel S. Neckers, declare as follows:

1.    I am a member in good standing of the bar of the State of Colorado, and I am admitted to practice before this Court.  I am a partner of the law firm Wheeler Trigg O'Donnell LLP.  I submit this declaration in support of the Motion of United Food and Commercial Workers International Union Local 464A, the Trustees of Welfare and Pension Funds of Local 464A – Pension Fund, the Trustees of Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A, the Trustees of Local 464A Finast Full Time Employees Pension Plan, the Trustees of Local 464A Welfare and Pension Building Inc., and the Trustees of New York-New Jersey Amalgamated Pension Plan for ACME Employees for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel.  I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:    Sworn certification of United Food and Commercial Workers International Union Local 464A, the Trustees of Welfare and Pension Funds of Local 464A – Pension Fund, the Trustees of Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A, the Trustees of Local 464A Finast Full Time Employees Pension Plan, the Trustees of Local 464A Welfare and Pension Building Inc., and the Trustees of New York-New Jersey Amalgamated Pension Plan for ACME Employees (collectively, "Local 464A") pursuant to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2);

Exhibit 2:    Chart of Local 464A's Class Period transactions and losses in Pilgrim's Pride Corporation common stock;

Exhibit 3:    Notice of pendency of *United Food and Commercial Workers International Union Local 464A, et al. v. Pilgrim's Pride Corp., et al.*, No. 1:20-cv-01966-RM-MEH (D. Colo.), published on July 6, 2020, in *Business Wire*; and

1

Exhibit 4:      Firm résumé of Kessler Topaz Meltzer & Check, LLP.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.

Executed this 4th day of September 2020.

<u>s/ Joel S. Neckers</u>
Joel S. Neckers
**WHEELER TRIGG O'DONNELL LLP**
370 17th Street
Suite 4500
Denver, CO 80202
Telephone: (303) 244-1966
Facsimile: (303) 244-1879
Email: neckers@wtotrial.com

*Local Counsel for United Food and
Commercial Workers International Union
Local 464A, the Trustees of Welfare and
Pension Funds of Local 464A – Pension
Fund, the Trustees of Retirement Plan for
Officers, Business Representatives and
Office Employees of Local 464A, the
Trustees of Local 464A Finast Full Time
Employees Pension Plan, the Trustees of
Local 464A Welfare and Pension Building
Inc., and the Trustees of New York-New
Jersey Amalgamated Pension Plan for
ACME Employees*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2020, I electronically filed the foregoing declaration with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Joel S. Neckers*
Joel S. Neckers
**WHEELER TRIGG O'DONNELL LLP**
370 17th Street
Suite 4500
Denver, CO 80202
Telephone: (303) 244-1966
Facsimile: (303) 244-1879
E-mail: neckers@wtotrial.com

*Local Counsel for United Food and Commercial Workers International Union Local 464A, the Trustees of Welfare and Pension Funds of Local 464A – Pension Fund, the Trustees of Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A, the Trustees of Local 464A Finast Full Time Employees Pension Plan, the Trustees of Local 464A Welfare and Pension Building Inc., and the Trustees of New York-New Jersey Amalgamated Pension Plan for ACME Employees*
