# EXHIBIT 2

|  |  | **Total LIFO loss:** | **($1,158,325.56)** |
|---|---|---|---|

**United Food and Commercial Workers International Union Local 464A**
**LIFO Losses in Pilgrim's Pride Corp.**
Class Period: 2/9/2017 - 6/3/2020
Retained Shares Valued At $16.69

| **Transaction** | **Date** | **Shares** | **Price** | **Cost** | **Transaction** | **Date** | **Shares** | **Price** | **Proceeds** |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/28/2020 | 122 | $27.60 | $3,366.93 | Retained | | 122 | $16.69 | $2,035.78 |
| | | 122 | | $3,366.93 | | | 122 | | $2,035.78 |
| | | | | | | | | *LIFO loss:* | *($1,331.15)* |

**Welfare and Pension Funds of Local 464A - Pension Fund**
**LIFO Losses in Pilgrim's Pride Corp.**
Class Period: 2/9/2017 - 6/3/2020
Retained Shares Valued At $16.69

| **Transaction** | **Date** | **Shares** | **Price** | **Cost** | **Transaction** | **Date** | **Shares** | **Price** | **Proceeds** |
|---|---|---|---|---|---|---|---|---|---|
| Opening balance | | 6,629 | | | Sale | 5/15/2017 | 5,482 | $24.39 | $133,713.65 |
| | | | | | Sale | 6/8/2017 | 1,147 | $24.43 | $28,022.93 |
| | | | | | *Sales offsetting opening balance:* | | 6,629 | | $161,736.59 |
| Purchase | 2/13/2017 | 13,900 | $20.47 | $284,589.99 | Sale | 3/22/2017 | 594 | $21.95 | $13,038.30 |
| Purchase | 3/9/2017 | 600 | $21.07 | $12,641.04 | Sale | 5/15/2017 | 14,445 | $24.39 | $352,333.77 |
| Purchase | 4/10/2017 | 539 | $22.74 | $12,258.05 | Sale | 10/12/2017 | 44 | $29.04 | $1,277.83 |
| Purchase | 9/12/2017 | 9,986 | $27.98 | $279,448.22 | Sale | 1/30/2018 | 1,842 | $29.62 | $54,560.04 |
| Purchase | 11/6/2017 | 315 | $30.99 | $9,763.02 | Sale | 8/22/2018 | 2,494 | $18.35 | $45,764.90 |
| Purchase | 12/11/2017 | 29,483 | $35.63 | $1,050,511.72 | Sale | 11/14/2018 | 33,744 | $19.33 | $652,386.25 |
| Purchase | 4/3/2018 | 12,151 | $23.87 | $290,022.50 | Sale | 12/13/2018 | 6,796 | $17.05 | $115,902.38 |
| Purchase | 8/8/2018 | 1,066 | $17.64 | $18,807.33 | Sale | 2/13/2019 | 15,800 | $20.38 | $321,978.72 |
| Purchase | 1/10/2019 | 7,719 | $17.35 | $133,962.47 | Sale (1) | 6/17/2020 | 2,528 | $18.73 | $47,337.95 |
| Purchase | 12/19/2019 | 18,642 | $32.55 | $606,759.82 | Retained | | 39,173 | $16.69 | $653,668.83 |
| Purchase | 1/28/2020 | 23,059 | $27.60 | $636,377.67 | | | | | |
| | | 117,460 | | $3,335,141.83 | | | 117,460 | | $2,258,248.98 |
| | | | | | | | | *LIFO loss:* | *($1,076,892.85)* |

**Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A**
**LIFO Losses in Pilgrim's Pride Corp.**
Class Period: 2/9/2017 - 6/3/2020
Retained Shares Valued At                        $16.69

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/28/2020 | 765 | $27.60 | $21,112.32 | Retained | | 770 | $16.69 | $12,848.77 |
| Purchase | 3/24/2020 | 5 | $18.52 | $92.58 | | | | | |
| | | 770 | | $21,204.90 | | | 770 | | $12,848.77 |
| | | | | | | | | LIFO loss: | ($8,356.12) |

**Local 464A Finast Full Time Employees Pension Plan**
**LIFO Losses in Pilgrim's Pride Corp.**
Class Period: 2/9/2017 - 6/3/2020
Retained Shares Valued At                        $16.69

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/28/2020 | 514 | $27.60 | $14,185.27 | Sale (1) | 8/6/2020 | 11 | $16.92 | $186.11 |
| | | | | | Retained | | 503 | $16.69 | $8,393.42 |
| | | 514 | | $14,185.27 | | | 514 | | $8,579.53 |
| | | | | | | | | LIFO loss: | ($5,605.74) |

**Local 464A Welfare and Pension Building Inc.**
**LIFO Losses in Pilgrim's Pride Corp.**
Class Period: 2/9/2017 - 6/3/2020
Retained Shares Valued At                        $16.69

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 1/28/2020 | 53 | $27.60 | $1,462.68 | Retained | | 53 | $16.69 | $884.40 |
| | | 53 | | $1,462.68 | | | 53 | | $884.40 |
| | | | | | | | | LIFO loss: | ($578.29) |

**New York-New Jersey Amalgamated Pension Plan for ACME Employees**
**LIFO Losses in Pilgrim's Pride Corp.**
Class Period: 2/9/2017 - 6/3/2020
Retained Shares Valued At                                    $16.69

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 9/12/2017 | 589 | $27.98 | $16,482.58 | Sale | 10/12/2017 | 3 | $29.04 | $87.13 |
| Purchase | 11/6/2017 | 19 | $30.99 | $588.88 | Sale | 8/22/2018 | 333 | $18.35 | $6,110.55 |
| Purchase | 12/11/2017 | 1,738 | $35.63 | $61,926.85 | Sale | 11/14/2018 | 1,963 | $19.33 | $37,951.46 |
| Purchase | 4/3/2018 | 753 | $23.87 | $17,972.75 | Sale | 12/13/2018 | 396 | $17.05 | $6,753.58 |
| Purchase | 8/8/2018 | 66 | $17.64 | $1,164.43 | Sale | 2/13/2019 | 920 | $20.38 | $18,748.13 |
| Purchase | 1/10/2019 | 450 | $17.35 | $7,809.71 | Retained | | 2,230 | $16.69 | $37,211.38 |
| Purchase | 12/19/2019 | 997 | $32.55 | $32,450.36 | | | | | |
| Purchase | 1/28/2020 | 1,233 | $27.60 | $34,028.09 | | | | | |
| | | 5,845 | | $172,423.64 | | | 5,845 | | $106,862.24 |
| | | | | | | | LIFO loss: | | ($65,561.41) |

(1) Sale price adjusted as per PSLRA.