**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01966-RM-MEH

UNITED FOOD AND COMMERCIAL
WORKERS INTERNATIONAL UNION
LOCAL 464A, THE TRUSTEES OF
WELFARE AND PENSION FUNDS OF
LOCAL 464A – PENSION FUND, THE
TRUSTEES OF RETIREMENT PLAN FOR
OFFICERS, BUSINESS REPRESENTATIVES
AND OFFICE EMPLOYEES OF LOCAL
464A, THE TRUSTEES OF LOCAL 464A
FINAST FULL TIME EMPLOYEES
PENSION PLAN, THE TRUSTEES OF
LOCAL 464A WELFARE AND PENSION
BUILDING INC., and THE TRUSTEES OF
NEW YORK-NEW JERSEY
AMALGAMATED PENSION PLAN FOR
ACME EMPLOYEES, Individually and on
Behalf of All Others Similarly Situated,

                    Plaintiffs,

    v.

PILGRIM'S PRIDE CORPORATION,
JAYSON J. PENN, WILLIAM W. LOVETTE,
and FABIO SANDRI,

                    Defendants.

---

**[PROPOSED] ORDER GRANTING MOTION OF UNITED FOOD AND
COMMERCIAL WORKERS INTERNATIONAL UNION LOCAL 464A, THE
TRUSTEES OF WELFARE AND PENSION FUNDS OF LOCAL 464A – PENSION
FUND, THE TRUSTEES OF RETIREMENT PLAN FOR OFFICERS, BUSINESS
REPRESENTATIVES AND OFFICE EMPLOYEES OF LOCAL 464A, THE TRUSTEES
OF LOCAL 464A FINAST FULL TIME EMPLOYEES PENSION PLAN, THE
TRUSTEES OF LOCAL 464A WELFARE AND PENSION BUILDING INC., AND THE
TRUSTEES OF NEW YORK-NEW JERSEY AMALGAMATED PENSION PLAN FOR
ACME EMPLOYEES FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL**

Having considered the Motion of United Food and Commercial Workers International Union Local 464A, the Trustees of Welfare and Pension Funds of Local 464A – Pension Fund, the Trustees of Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A, the Trustees of Local 464A Finast Full Time Employees Pension Plan, the Trustees of Local 464A Welfare and Pension Building Inc., and the Trustees of New York-New Jersey Amalgamated Pension Plan for ACME Employees for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion") and declaration of Joel S. Neckers in support thereof, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), United Food and Commercial Workers International Union Local 464A, the Trustees of Welfare and Pension Funds of Local 464A – Pension Fund, the Trustees of Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A, the Trustees of Local 464A Finast Full Time Employees Pension Plan, the Trustees of Local 464A Welfare and Pension Building Inc., and the Trustees of New York-New Jersey Amalgamated Pension Plan for ACME Employees (collectively, "Local 464A") are appointed to serve as Lead Plaintiff.

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Local 464A's selection of Kessler Topaz Meltzer & Check, LLP as Lead Counsel for the class. Lead Counsel shall have the authority to speak for all plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Additionally, Lead Counsel shall have the following responsibilities:

a.     to brief and argue motions;

b.     to initiate and conduct discovery, including, but not limited to, coordination of discovery with defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

c.     to direct and coordinate the examination of witnesses in depositions;

d.     to act as spokesperson at pretrial conferences;

e.     to initiate and conduct any settlement negotiations with defendants' counsel;

f.     to be the contact among plaintiffs' counsel and to direct and coordinate the activities of plaintiffs' counsel;

g.     to consult with and employ experts; and

h.     to perform such other duties as may be expressly authorized by further order of this Court.

4.     No motions, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel.

IT IS SO ORDERED.

Dated: _____     _____
HONORABLE RAYMOND P. MOORE
UNITED STATES DISTRICT JUDGE