# EXHIBIT 5



 (http://forlocals.ufcw.org)

# Blog

**29 MAY**

**2018**

## Pilgrim's Pride Workers in South Carolina Join Our Union Family

Over 800 Pilgrim's Pride workers in Sumter, South Carolina, voted to join UFCW Local 1996 on May 2 by an overwhelming margin. The workers, who process poultry, were concerned about treatment by management, insufficient wages and unsafe working conditions, including the denial of bathroom breaks. Pilgrim's Pride Corporation is a Brazilian-owned, multi-national food company and the largest chicken producer in the United States and Puerto Rico.

Member-to-member organizing made a significant difference in this campaign. UFCW members who work at Pilgrim's Pride plants in Georgia and Florida met with the workers at the Sumter plant and helped them understand the benefits of standing together for dignity in the workplace.

"We are proud of the unity the employees at the Pilgrim's Pride Sumter plant demonstrated during the organizing campaign and are honored to have them join our UFCW family," said UFCW Local 1996 President Steve Lomax. "We now embark on a journey of continued improvement, through having a union contract, that will better the lives of the employees and working families in Sumter. We look forward to doing what the UFCW does best—improving the lives of working families."