# EXHIBIT 8

EFiled:  May 15 2020 09:36AM EDT
Transaction ID 65638249
Case No. 2020-0376-

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

LOCAL 464A UNITED FOOD AND )
COMMERCIAL WORKERS UNION )
PENSION FUND, )
                              )
             Plaintiff, )
                              )
   v. )
                              )
DARCY ANTONELLIS, DAVID C. )
HABIGER, RICHARD S. HILL, JON )
KIRCHNER, V. SUE MOLINA, )   C.A. No. 2020-_____
GEORGE A. RIEDEL, and )
CHRISTOPHER A. SEAMS, )
                              )
            Defendants. )

## DECLARATION OF JOHN T. NICCOLLAI
### PURSUANT TO 10 *DEL. C.* § 3927

I, John T. Niccollai, do hereby declare, pursuant to 10 Del. C. § 3927, that:

1.    I am the President of Local 464A United Food and Commercial Workers Union Pension Fund (the "Fund"). I am authorized by the Fund to act on its behalf.

2.    The Fund is a beneficial owner of Xperi Corporation ("Xperi") common stock and was a holder of such common stock at the time of the wrongs complained of in the foregoing Verified Class Action Complaint (the "Complaint").

3.    I have reviewed the Complaint and I have authorized its filing.

4.    The facts alleged in the Complaint are true and correct to the best of my

knowledge, information, and belief.

5.    In accordance with Delaware Court of Chancery Rule 23(aa), the Fund has not received, been promised or offered, and will not accept any form of compensation, directly or indirectly, for prosecuting or serving as a representative party in this action except for:

(a)    such damages or other relief as the Court may award to members of the class or stockholders generally;

(b)    such fees, costs or other payments as the Court expressly approves to be paid to or on behalf of the Fund; or

(c)    reimbursement, paid by the Fund's attorneys, of actual and reasonable out-of-pocket expenditures incurred directly in connection with the prosecution of this action.

I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct.

Executed on the ___14 TH.___ day of
May, 2020.

_SOHN T. NICCOLLAI_
(Printed Name)
John T. Niccollai, President
On behalf of Local 464A United Food
and Commercial Workers Union
Pension Fund

_____
(Signature)

- 2 -