# EXHIBIT 1

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 2:17-cv-03679-SVW-AGR    Document 249-1    Filed 02/22/19    Page 1 of 3    Page ID
#:5268

**KESSLER TOPAZ
MELTZER & CHECK, LLP**
JENNIFER L. JOOST (Bar No. 296164)
jjoost@ktmc.com
STACEY M. KAPLAN (Bar No. 296130)
skaplan@ktmc.com
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

*Lead Counsel for the Putative Class and
Attorneys for Lead Plaintiff Movants
the Snap Shareholder Group*

[Additional counsel on signature page.]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE SNAP INC. SECURITIES LITIGATION | Case No. 2:17-cv-03679-SVW-AGR |
| | **CLASS ACTION** |
| | **DECLARATION OF SHARAN NIRMUL IN SUPPORT OF THE SNAP SHAREHOLDER GROUP'S RESPONSE TO NEW MEXICO SIC'S SUPPLEMENTAL DECLARATION [ECF NO. 248]** |
| | Judge: Hon. Stephen V. Wilson |
| This Document Relates To: All Actions | |

NIRMUL DECL. ISO THE SNAP SHAREHOLDER GROUP'S RESPONSE TO
NEW MEXICO SIC'S SUPPLEMENTAL DECLARATION [ECF NO. 248]
CASE NO. 2:17-CV-03679-SVW-AGR

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 2:17-cv-03679-SVW-AGR    Document 249-1    Filed 02/22/19    Page 2 of 3    Page ID
#:5269

I, Sharan Nirmul, declare as follows:

1.    I am a partner with the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz"), Lead Counsel for the class and counsel for the Snap Shareholder Group, and I am admitted to practice *pro hac vice* before this Court.  I submit this Declaration in support of the Snap Shareholder Group's Response to New Mexico SIC's Supplemental Declaration [ECF No. 248].

2.    Attached are true and correct copies of New Mexico State Investment Council's ("New Mexico SIC") PSLRA Certifications, without trading information, filed in previous actions as the following exhibits:

Exhibit A:    New Mexico SIC's PSLRA Certification (ECF No. 8) filed in the action titled *In re Bisys Secs. Litig.*, No. 1:04-cv-03840-JSR-GWG (S.D.N.Y July 19, 2004);

Exhibit B:    New Mexico SIC's PSLRA Certification (ECF No. 312-1) filed in the action titled *In re Healthsouth Corp. Secs. Litig.*, No. 2:03-cv-01500-KOB-TMP (N.D. Ala. Jan. 7, 2005);

Exhibit C:    New Mexico SIC's PSLRA Certification (ECF No. 6-3) filed in the action titled *Cohen, et al. v. N.V. Koninklijke Nederlandsche Petroleum Maat Schappij, et al.*, No. 2:04-cv-00283-JWB-GDH (D.N.J. Mar. 26, 2004);

Exhibit D:    New Mexico SIC's PSLRA Certification (ECF No. 23-2) filed in the action titled *Eastwood Enter., LLC v. Farha, et al.*, No. 8:07-cv-01940-VMC-EAJ (M.D. Fla. Mar. 30, 2011); and

Exhibit E:    New Mexico SIC's PSLRA Certification (ECF No. 25) filed in the action titled *In re St. Paul Travelers Secs. Litig.*, No. 0:04-cv-03801-JRT-FLN (D. Minn. Apr. 25, 2005).

NIRMUL DECL. ISO THE SNAP SHAREHOLDER GROUP'S RESPONSE TO NEW MEXICO SIC'S SUPPLEMENTAL DECLARATION [ECF NO. 248]
CASE NO. 2:17-cv-03679-SVW-AGR                                                      1

Case No. 1:20-cv-01966-RM-MEH   Document 31-1   filed 09/25/20   USDC Colorado
Case 2:17-cv-03679-SVW-AGR   Document 249-1   Filed 02/22/19   Page 3 of 3   Page ID
#:5270

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 22nd day of February 2019.

*/s/ Sharan Nirmul*
Sharan Nirmul

NIRMUL DECL. ISO THE SNAP SHAREHOLDER GROUP'S RESPONSE TO NEW MEXICO SIC'S SUPPLEMENTAL DECLARATION [ECF NO. 248]
CASE NO. 2:17-CV-03679-SVW-AGR                                                    2

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 2:17-cv-03679-SVW-AGR    Document 249-2    Filed 02/22/19    Page 1 of 2    Page ID
#:5271

# EXHIBIT A

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 2:17-cv-03670-SVW-AGR    Document 6-2420-8    Filed 02/22/19    Page 2 of 2    Page ID
#:5272

JUL-19-2004 14:07 FROM:

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

THE NEW MEXICO STATE INVESTMENT COUNCIL declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I, Patricia Madrid, am the Attorney General and chief legal officer for the State of New Mexico. I am statutorily authorized to represent the New Mexico State Investment Council in this litigation against The BISYS Group, Inc. and the other defendants. As chief legal officer for the state of New Mexico, I designate Cauley Bowman Carney & Williams, PLLC as counsel for the New Mexico State Investment Council in this action for all purposes.

2. I have reviewed the BISYS Group, Inc. complaint.

3. The New Mexico State Investment Council did not acquire BISYS stock at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. The New Mexico State Investment Council is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5. The New Mexico State Investment Council will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. The New Mexico State Investment Council has not served as a representative party for a class in an action under the federal securities laws within the past three years.

7. The New Mexico State Investment Council initially sought to serve as a representative party for a class in the *Royal Dutch/Shell Transport Securities Litigation* under the federal securities laws within the past three years, but subsequently chose to support the lead plaintiff motion of another institutional investor with far more significant losses.

8. The New Mexico State Investment Council understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

9. Since October 23, 2000, the New Mexico State Investment Council has made the following transactions in BISYS, and will provide records of those transactions upon request:

| No. Of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| See attached schedule | | | |
| | | | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19 day of July, 2004.

The New Mexico State Investment Council

By: _____
Patricia Madrid, Attorney General for the
State of New Mexico

**Exhibit A**
**Page 4**

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 2:17-cv-03679-SVW-AGR    Document 249-3    Filed 02/22/19    Page 1 of 4    Page ID
pg 7 of 20
#:5273

# EXHIBIT B

**Exhibit B
Page 5**

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 2:17-cv-03679-SVW-AGR   Document 24-3   Filed 02/22/19   Page 2 of 4   Page ID
#:5274

## CERTIFICATION

I, Patricia A. Madrid, Attorney General of the State of New Mexico, hereby certify as follows:

1.    I am statutorily authorized to represent and execute this Certification on behalf of the following state pension funds of the State of New Mexico:  the New Mexico State Investment Council ("SIC"), and the Educational Retirement Board of New Mexico ("ERB") (collectively referred to as the "New Mexico State Funds").  I have reviewed the Joint Second Amended Consolidated Class Action Complaint filed in the consolidated action alleging violations of the federal securities laws against HealthSouth Corporation ("HealthSouth") and have authorized participation in this litigation.  Through my office, the New Mexico State Funds will remain fully informed at all times concerning the status and progress of this Action, the strengths and weaknesses of this Action, and the prospects for settlement.

2.    The New Mexico State Funds did not purchase the securities at the direction of counsel or in order to participate in any private action under the federal securities laws.

3.    The New Mexico State Funds is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary.  As Lead Plaintiff in this Action, the New Mexico State Funds understand that it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation and to work diligently with class counsel to maximize the recovery for the Class.  As Lead Plaintiff, the New Mexico State Funds will consult with class counsel in advance with respect to each major litigation event, such as important motions, settlement discussions, trial and trial preparation, and shall have the authority and responsibility to direct counsel with respect to each of these events after receiving the benefit of counsel's advice.

**Exhibit B**
**Page 6**

Case No. 1:20-cv-01966-RM-MEH   Document 31-1   filed 09/25/20   USDC Colorado
Case 2:17-cv-03679-SVW-AGR   Document 249-3   Filed 02/22/19   Page 3 of 4   Page ID
#:5275

4.    The transactions of the New Mexico State Funds relevant to this Action

are reflected in Exhibit A attached hereto.

5.    The New Mexico State Funds have sought to serve as a lead plaintiff in

the following class actions filed under the federal securities laws during the last three years:

SIC Fund
*In re BISYS Group Securities Litigation* (appointed)
*In re Royal Dutch/Shell Transport Securities Litigation* (withdrawn)
*In re Cardinal Health Securities Litigation* (decision pending)
*In re St. Paul Travelers Companies Securities Litigation* (appointed)

ERB Fund
*In re BISYS Group Securities Litigation* (appointed)
*In re Royal Dutch/Shell Transport Securities Litigation* (withdrawn)
*In re St. Paul Travelers Companies Securities Litigation* (appointed)

Recently, the New Mexico State Funds moved to consolidate later-filed actions against The St.

Paul Travelers Companies into *In re St. Paul Travelers Securities Litigation*, No. 04-CV-3801

(JRT) (D. Minn.), in which it is currently serving as lead plaintiff.  In the alternative, the New

Mexico State Funds is seeking appointment as lead plaintiff in the later-filed action.

6.    Beyond their pro rata share of any recovery, The New Mexico State Funds

will not accept payment for serving as a lead plaintiff on behalf of the class, except the

reimbursement of such reasonable costs and expenses (including lost wages) as ordered or

approved by the Court.  The New Mexico State Funds will ensure that, if appointed, the

attorneys' fees to be paid out of the recovery will be fair and reasonable under the circumstances.

2

Exhibit B
Page 7

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 2:17-cv-03670-SVW-AGR   Document 24-20   Filed 02/22/19   Page 4 of 4   Page ID
#:5276

Case 2:03-cv-01500-KOB-TMP   Document 312-1   Filed 01/07/09   Page 4 of 99

I declare under penalty of perjury that the foregoing is true and correct this 6th day of January, 2005.

_Patricia A. Madrid_

Patricia A. Madrid
*Attorney General of the State of New Mexico*

# EXHIBIT C

Exhibit C
Page 9

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

STATE INVESTMENT COUNCIL OF THE STATE OF NEW MEXICO declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.    I, Patricia Madrid, am the General Counsel to the Board of Trustees of State Investment Council of the State of New Mexico and I have been duly authorized by State Investment Council of the State of New Mexico to commence litigation against Royal Dutch Petroleum Company and the other defendants.

2.    I have reviewed the Royal Dutch / Shell Transport complaint prepared by Cauley Geller Bowman & Rudman, LLP, whom I designate as counsel for State Investment Council of the State of New Mexico in this action for all purposes.

3.    State Investment Council of the State of New Mexico did not acquire Royal Dutch stock at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.    State Investment Council of the State of New Mexico is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5.    New Mexico State Investment Council will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6.    State Investment Council of the State of New Mexico has not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

7.    New Mexico State Investment Council understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8.    Since December 3, 1999, State Investment Council of the State of New Mexico has made the following transactions in Royal Dutch, and will provide records of those transactions upon request:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| See attached schedule | | | |
| | | | |
| | | | |

Please use and attach additional pages if necessary.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 23 day of March, 2004.

State Investment Council of the State of New Mexico

By: _____
Patricia Madrid, Attorney General for the
State of New Mexico

**Exhibit C**
**Page 10**

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 2:17-cv-02679-SVW-AGR    Document 32-20    Filed 02/22/19    Page 3 of 4    Page ID
Case 2:04-cv-00283-JWB-GDH    Document 6-3    Filed 03/26/04    Page 29 of 35    PageID: 212
#:5279

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

EDUCATIONAL RETIREMENT BOARD OF NEW MEXICO declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.      I, Patricia Madrid, am the General Counsel to the Board of Trustees of Educational Retirement Board of New Mexico and I have been duly authorized Educational Retirement Board of New Mexico to commence litigation against Royal Dutch Petroleum Company and the other defendants.

2.      I have reviewed the Royal Dutch / Shell Transport complaint prepared by Cauley Geller Bowman & Rudman, LLP, whom I designate as counsel for Educational Retirement Board of New Mexico in this action for all purposes.

3.      Educational Retirement Board of New Mexico did not acquire Royal Dutch stock at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.      Educational Retirement Board of New Mexico is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5.      Educational Retirement Board of New Mexico will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6.      Educational Retirement Board of New Mexico has not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

7.      Educational Retirement Board of New Mexico understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8.      Since December 3, 1999, Educational Retirement Board of New Mexico has made the following transactions in Royal Dutch, and will provide records of those transactions upon request:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| See attached schedule | | | |
| | | | |
| | | | |
| | | | |

Please use and attach additional pages if necessary.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this _23_ day of March, 2004.

Educational Retirement Board of New Mexico

By: _____

Patricia Madrid, Attorney General for the
State of New Mexico

**Exhibit C
Page 11**

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 2:17-cv-03679-SVW-AGR   Document 42-020   Filed 02/22/19   Page 4 of 4   Page ID
Case 2:04-cv-00283-JWB-GDH   Document 6-3   Filed 03/26/04   Page 31 of 33   PageID: 214
#:5280

**CERTIFICATION OF PROPOSED LEAD PLAINTIFF**
**PURSUANT TO FEDERAL SECURITIES LAWS**

NEW MEXICO PUBLIC EMPLOYEES RETIREMENT ASSOCIATION declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.    I, Patricia Madrid, am the General Counsel to the Board of Trustees of New Mexico Public Employees Retirement Association and I have been duly authorized by New Mexico Public Employees Retirement Association to commence litigation against Royal Dutch Petroleum Company and the other defendants.

2.    I have reviewed the Royal Dutch / Shell Transport complaint prepared by Cauley Geller Bowman & Rudman, LLP, whom I designate as counsel for New Mexico Public Employees Retirement Association in this action for all purposes.

3.    New Mexico Public Employees Retirement Association did not acquire Royal Dutch stock at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.    New Mexico Public Employees Retirement Association is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5.    New Mexico Public Employees Retirement Association will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6.    New Mexico Public Employees Retirement Association has not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

7.    New Mexico Public Employees Retirement Association understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8.    Since December 3, 1999, New Mexico Public Employees Retirement Association has made the following transactions in Royal Dutch, and will provide records of those transactions upon request:

| No. of Shares | Buy/Sell | Date | Price Per Share |
|---|---|---|---|
| See attached schedule | | | |
| | | | |
| | | | |

Please use and attach additional pages if necessary.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed this 23 day of March, 2004.

New Mexico Public Employees Retirement Association

By: _____
Patricia Madrid, Attorney General for the
State of New Mexico

**Exhibit C**
**Page 12**

# EXHIBIT D

**Exhibit D
Page 13**

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 2:17-cv-03670-SMW-AGR    Document 23-2    Filed 12/26/07    Page 1 of 4 Page ID
#:5282

## CERTIFICATION

I, ~~Gary K. King, Attorney General~~ of the State of New Mexico, hereby certify as follows:

1.      I am statutorily authorized to represent and execute this Certification on behalf of the following state pension funds of the State of New Mexico:  the New Mexico State Investment Council ("SIC") and the Public Employees Retirement Association of  New Mexico ("PERA") (collectively referred to as the "New Mexico State Funds").  I have reviewed the Complaint filed in the Action alleging violations of the federal securities laws against WellCare Health Plans ("Wellcare") and and have authorized participation in this litigation by the New Mexico State Funds.  Through my office, the New Mexico State Funds will remain fully informed at all times concerning the status and progress of this Action, the strengths and weaknesses of this Action, and the prospects for settlement.

2.      The New Mexico State Funds did not purchase the securities of Wellcare at the direction of counsel or in order to participate in any private action under the federal securities laws.

3.      The New Mexico State Funds are willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary.  As Lead Plaintiff in this Action, the New Mexico State Funds understand that it owes a fiduciary duty to all members of the proposed class to provide fair and adequate representation and to work diligently with class counsel to maximize the recovery for the Class.  As Lead Plaintiff, the New Mexico State Funds will consult with class counsel in advance with respect to each major litigation event, such as important motions, settlement discussions, trial and trial preparation, and shall have the authority and responsibility to direct counsel with respect to each of these events after receiving the benefit of counsel's advice.

**Exhibit D
Page 14**

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 8:07-cv-01940-VMC-EAJ    Document 23-2    Filed 12/26/07    Page 3 of 4 PageID 415
#:5283

4.    The transactions of the New Mexico State Funds during the class period are reflected in Exhibit A attached hereto.

5.    The New Mexico State Funds have sought to serve as a lead plaintiff in the following class actions filed under the federal securities laws during the last three years:

SIC

*In re Broadcom Corp.*, No. 06-CV-5036 (C.D. Cal.) (appointed)
*In re BISYS Group Securities Litigation*, No. 04-CV-3840 (S.D.N.Y.) (appointed)
*In re HealthSouth Corp. Securities Litigation*, No. 03-CV-1500 (N.D. Ala.) (appointed)
*In re St. Paul Travelers Securities Litigation (I & II)*, No. 04-CV-3801 and 04-CV-4697 (D. Minn.) (appointed)

PERA

*In re Sterling Financial Corp.*, No. 07-CV-4108 (S.D.N.Y.)
*In re Hansen Natural Corp.*, No. 06-CV-7599 (C.D. Cal.)
*In re St. Paul Travelers Securities Litigation (I & II)*, No. 04-CV-3801 and 04-CV-4697 (D. Minn.) (appointed)

6.    Beyond their pro rata share of any recovery, The New Mexico State Funds will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.  The New Mexico State Funds will ensure that, if appointed, the attorneys' fees to be paid out of the recovery will be fair and reasonable under the circumstances.

I declare under penalty of perjury that the foregoing is true and correct this ____ day of December, 2007.

_____
*Mr. Albert Lama, Chief Deputy Attorney General for*
*New Mexico Attorney General Gary K. King*

2

**Exhibit D**
**Page 15**

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 2:17-cv-03679-SVW-AGR    Document 182-6    Filed 02/22/19    Page 1 of 3    Page ID
#:5284

# EXHIBIT E

Case No. 1:20-cv-01966-RM-MEH    Document 31-1    filed 09/25/20    USDC Colorado
Case 2:13-cv-03679-SVW-AGR   Document 25   Filed 02/22/18   Page 2 of 3   Page ID
#:5285

## CERTIFICATION

I, Patricia Madrid, Attorney General and chief legal officer of the State of New Mexico, hereby certify as follows:

1. I am statutorily authorized to represent and execute this Certification on behalf of the following state pension funds of the State of New Mexico: the Public Employees Retirement Association of New Mexico ("PERA"), the New Mexico State Investment Council ("SIC"), and the Educational Retirement Board of New Mexico ("ERB") (collectively referred to as the "New Mexico State Funds"). I have reviewed a complaint alleging violations of the federal securities laws prepared against The St. Paul Travelers Companies ("St. Paul's") and have authorized participation in this litigation;

2. The New Mexico State Funds did not purchase the securities at the direction of counsel or in order to participate in any private action under the federal securities laws;

3. The New Mexico State Funds is willing to serve as a lead plaintiff in this matter, including providing testimony at deposition and trial, if necessary;

4. The transactions of the New Mexico State Funds relevant to this Action are reflected in Exhibit A attached hereto;

5. The New Mexico State Funds have sought to serve as a lead plaintiff three times during the last three years in class actions filed under the federal securities laws. The New Mexico State Funds were appointed lead plaintiff in *In re BISYS Group Securities Litigation.* The New Mexico Funds initially sought lead plaintiff status in *In re Royal Dutch/Shell Transport Securities Litigation,* but deferred to another movant with significantly larger financial losses. Additionally, the Public Employees Retirement Association of New Mexico and the New

Mexico State Investment Council filed a motion seeking to serve as lead plaintiff in *In re Cardinal Health Securities Litigation* and are awaiting the court's decision.

6.    Beyond their pro rata share of any recovery, The New Mexico State Funds will not accept payment for serving as a lead plaintiff on behalf of the class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this ⎽⎽ day of October, 2004.

_____
Patricia Madrid
*Attorney General for the State of New Mexico*

**Exhibit E**
**Page 18**