# EXHIBIT 2

Case No. 1:20-cv-01966-RM-MEH    Document 31-2    filed 09/25/20    USDC Colorado
Case 2:17-cv-03679-SVW-AGR    Document 220-1    Filed 01/31/19    Page 1 of 6    Page ID
#:4591

**Exhibit A**

Case No. 1:20-cv-01966-RM-MEH    Document 31-2    filed 09/25/20    USDC Colorado
Case 2:17-cv-03679-SVW-AGR    Document 32-1    Filed 01/31/19    Page 2 of 6    Page ID
#:4592

## CERTIFICATION

I, Steven K. Moise, as State Investment Officer on behalf of New Mexico State Investment Council ("NMSIC"), hereby certify as follows:

1.    I am authorized to execute this Certification as the State Investment Officer;

2.    NMSIC did not purchase securities of Snap, Inc. ("Snap") at the direction of counsel in order to participate in any private action under the federal securities laws;

3.    I am informed and believe the State of New Mexico on behalf of NMSIC is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary;

4.    To the best of my knowledge and belief, NMSIC's transactions in Snap securities during the Class Period are reflected in Exhibit A, attached hereto;

5.    NMSIC has not sought to serve as a lead plaintiff in any class action filed under the federal securities laws during the last three years.

6.    Beyond its pro rata share of any recovery, the State of New Mexico on behalf of NMSIC will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except for the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

Dated: 31st day of January, 2019.

New Mexico State Investment Council

By: _____

Steven K. Moise
State Investment Officer

Case No. 1:20-cv-01966-RM-MEH    Document 31-2    filed 09/25/20    USDC Colorado
Case 2:17-cv-03679-SVW-AGR    Document 171    Filed 01/31/19    Page 3 of 6    Page ID
#:4593

## EXHIBIT A

### TRANSACTIONS IN SNAP, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 03/02/17 | 26,800.00 | $17.00 | ($455,600.00) |
| Purchase | 03/02/17 | 31,300.00 | $17.00 | ($532,100.00) |
| Purchase | 03/02/17 | 12.00 | $17.00 | ($204.00) |
| Purchase | 03/02/17 | 21,700.00 | $23.99 | ($520,583.00) |
| Purchase | 03/02/17 | 1,503.00 | $24.11 | ($36,237.33) |
| Purchase | 03/02/17 | 17,336.00 | $24.23 | ($420,051.28) |
| Purchase | 03/02/17 | 1,252.00 | $25.05 | ($31,362.60) |
| Purchase | 03/07/17 | 12,600.00 | $20.93 | ($263,718.00) |
| Purchase | 03/07/17 | 36,800.00 | $21.15 | ($778,320.00) |
| Purchase | 03/07/17 | 9,161.00 | $21.16 | ($193,846.76) |
| Purchase | 03/07/17 | 796.00 | $21.48 | ($17,098.08) |
| Purchase | 03/07/17 | 8,784.00 | $21.51 | ($188,943.84) |
| Purchase | 03/07/17 | 2,635.00 | $21.81 | ($57,469.35) |
| Purchase | 03/07/17 | 4,518.00 | $22.00 | ($99,396.00) |
| Purchase | 03/13/17 | 2,000.00 | $21.00 | ($42,000.00) |
| Purchase | 03/14/17 | 3,600.00 | $20.82 | ($74,952.00) |
| Sale | 04/05/17 | -12.00 | $21.12 | $253.44 |
| Purchase | 04/06/17 | 10,000.00 | $20.25 | ($202,500.00) |
| Purchase | 04/13/17 | 774.00 | $19.99 | ($15,472.26) |
| Purchase | 04/17/17 | 647.00 | $19.88 | ($12,862.36) |
| Purchase | 04/18/17 | 243.00 | $19.79 | ($4,808.97) |
| Purchase | 05/09/17 | 3,069.00 | $23.09 | ($70,863.21) |
| Purchase | 05/09/17 | 4,395.00 | $23.21 | ($102,007.95) |
| Purchase | 05/10/17 | 5,907.00 | $23.01 | ($135,920.07) |
| Purchase | 05/10/17 | 1,329.00 | $23.04 | ($30,620.16) |
| Purchase | 05/12/17 | 1,700.00 | $18.30 | ($31,110.00) |
| Purchase | 05/12/17 | 253.00 | $18.40 | ($4,655.20) |
| Purchase | 05/12/17 | 1,863.00 | $18.86 | ($35,136.18) |
| Purchase | 05/12/17 | 6,524.00 | $19.22 | ($125,391.28) |
| Purchase | 05/15/17 | 5,050.00 | $20.17 | ($101,858.50) |
| Purchase | 05/15/17 | 3,610.00 | $20.53 | ($74,113.30) |
| Purchase | 05/15/17 | 3,392.00 | $20.60 | ($69,875.20) |
| Purchase | 05/16/17 | 1,940.00 | $20.46 | ($39,692.40) |
| Purchase | 05/16/17 | 2,549.00 | $20.52 | ($52,305.48) |
| Purchase | 05/16/17 | 534.00 | $20.57 | ($10,984.38) |
| Purchase | 05/17/17 | 2,358.00 | $19.92 | ($46,971.36) |
| Purchase | 05/17/17 | 5,327.00 | $20.08 | ($106,966.16) |
| Sale | 06/13/17 | -5,000.00 | $18.21 | $91,050.00 |
| Sale | 06/15/17 | -877.00 | $17.32 | $15,189.64 |
| Sale | 06/15/17 | -1,100.00 | $17.19 | $18,909.00 |
| Sale | 06/15/17 | -1,416.00 | $17.48 | $24,751.68 |
| Sale | 06/15/17 | -1,600.00 | $17.28 | $27,648.00 |

Case No. 1:20-cv-01966-RM-MEH    Document 31-2    filed 09/25/20    USDC Colorado
Case 2:17-cv-03679-SVW-AGR   Document 521-1    Filed 01/31/19   Page 4 of 6   Page ID
#:4594

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sale | 06/15/17 | -3,363.00 | $17.04 | $57,305.52 |
| Sale | 06/15/17 | -7,828.00 | $17.18 | $134,485.04 |
| Sale | 06/15/17 | -11,672.00 | $17.35 | $202,509.20 |
| Sale | 06/15/17 | -18,884.00 | $17.25 | $325,749.00 |
| Sale | 06/16/17 | -1,254.00 | $17.54 | $21,995.16 |
| Sale | 06/16/17 | -11,492.00 | $17.41 | $200,075.72 |
| Sale | 06/19/17 | -791.00 | $17.76 | $14,048.16 |
| Sale | 06/19/17 | -2,023.00 | $17.10 | $34,593.30 |
| Sale | 06/30/17 | -58,300.00 | $17.77 | $1,035,991.00 |
| Sale | 07/11/17 | -218.00 | $15.92 | $3,470.56 |
| Sale | 07/11/17 | -598.00 | $15.92 | $9,520.16 |
| Sale | 07/11/17 | -735.00 | $15.92 | $11,701.20 |
| Sale | 07/11/17 | -1,423.00 | $15.64 | $22,255.72 |
| Sale | 07/11/17 | -3,905.00 | $15.64 | $61,074.20 |
| Sale | 07/11/17 | -4,794.00 | $15.64 | $74,978.16 |
| Sale | 07/12/17 | -109.00 | $15.34 | $1,672.06 |
| Sale | 07/12/17 | -233.00 | $15.34 | $3,574.22 |
| Sale | 07/12/17 | -297.00 | $15.34 | $4,555.98 |
| Sale | 07/12/17 | -364.00 | $15.34 | $5,583.76 |
| Sale | 07/12/17 | -640.00 | $15.34 | $9,817.60 |
| Sale | 07/12/17 | -695.00 | $15.32 | $10,647.40 |
| Sale | 07/12/17 | -786.00 | $15.34 | $12,057.24 |
| Sale | 07/12/17 | -1,908.00 | $15.32 | $29,230.56 |
| Sale | 07/12/17 | -2,343.00 | $15.32 | $35,894.76 |
| Sale | 07/13/17 | -57.00 | $15.89 | $905.73 |
| Sale | 07/13/17 | -157.00 | $15.89 | $2,494.73 |
| Sale | 07/13/17 | -192.00 | $15.89 | $3,050.88 |
| Sale | 07/13/17 | -977.00 | $15.79 | $15,426.83 |
| Sale | 07/13/17 | -2,680.00 | $15.79 | $42,317.20 |
| Sale | 07/13/17 | -3,291.00 | $15.79 | $51,964.89 |
| Sale | 07/14/17 | -54.00 | $15.30 | $826.20 |
| Sale | 07/14/17 | -148.00 | $15.30 | $2,264.40 |
| Sale | 07/14/17 | -183.00 | $15.31 | $2,801.73 |
| Sale | 07/14/17 | -281.00 | $15.48 | $4,349.88 |
| Sale | 07/14/17 | -580.00 | $15.31 | $8,879.80 |
| Sale | 07/14/17 | -771.00 | $15.48 | $11,935.08 |
| Sale | 07/14/17 | -946.00 | $15.48 | $14,644.08 |
| Sale | 07/14/17 | -1,593.00 | $15.31 | $24,388.83 |
| Sale | 07/14/17 | -1,955.00 | $15.31 | $29,931.05 |
| Sale | 07/17/17 | -91.00 | $15.33 | $1,395.03 |
| Sale | 07/17/17 | -248.00 | $15.33 | $3,801.84 |
| Sale | 07/17/17 | -305.00 | $15.33 | $4,675.65 |
| Sale | 07/17/17 | -622.00 | $15.26 | $9,491.72 |
| Sale | 07/17/17 | -1,707.00 | $15.26 | $26,048.82 |
| Sale | 07/17/17 | -2,095.00 | $15.26 | $31,969.70 |

2

Case No. 1:20-cv-01966-RM-MEH    Document 31-2    filed 09/25/20    USDC Colorado
Case 2:17-cv-03679-SVW-AGR   Document 62-1771   Filed 01/31/19   Page 5 of 6   Page ID
#:4595

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sale | 07/18/17 | -22.00 | $14.94 | $328.68 |
| Sale | 07/18/17 | -47.00 | $15.15 | $712.05 |
| Sale | 07/18/17 | -61.00 | $14.94 | $911.34 |
| Sale | 07/18/17 | -75.00 | $14.94 | $1,120.50 |
| Sale | 07/18/17 | -128.00 | $15.15 | $1,939.20 |
| Sale | 07/18/17 | -157.00 | $15.15 | $2,378.55 |
| Sale | 07/18/17 | -1,357.00 | $14.86 | $20,165.02 |
| Sale | 07/18/17 | -3,723.00 | $14.86 | $55,323.78 |
| Sale | 07/18/17 | -4,571.00 | $14.86 | $67,925.06 |
| Sale | 07/19/17 | -889.00 | $15.04 | $13,370.56 |
| Sale | 07/19/17 | -2,440.00 | $15.04 | $36,697.60 |
| Sale | 07/19/17 | -2,995.00 | $15.04 | $45,044.80 |
| Sale | 07/20/17 | -443.00 | $14.87 | $6,587.41 |
| Sale | 07/20/17 | -1,205.00 | $14.88 | $17,930.40 |
| Sale | 07/20/17 | -1,215.00 | $14.87 | $18,067.05 |
| Sale | 07/20/17 | -1,492.00 | $14.87 | $22,186.04 |
| Sale | 07/20/17 | -3,308.00 | $14.88 | $49,223.04 |
| Sale | 07/20/17 | -4,062.00 | $14.88 | $60,442.56 |
| Sale | 07/21/17 | -491.00 | $14.42 | $7,080.22 |
| Sale | 07/21/17 | -811.00 | $14.71 | $11,929.81 |
| Sale | 07/21/17 | -1,349.00 | $14.42 | $19,452.58 |
| Sale | 07/21/17 | -1,656.00 | $14.42 | $23,879.52 |
| Sale | 07/21/17 | -2,226.00 | $14.71 | $32,744.46 |
| Sale | 07/21/17 | -2,732.00 | $14.71 | $40,187.72 |
| Sale | 07/24/17 | -1,118.00 | $14.14 | $15,808.52 |
| Sale | 07/24/17 | -3,067.00 | $14.14 | $43,367.38 |
| Sale | 07/24/17 | -3,766.00 | $14.14 | $53,251.24 |
| Sale | 07/25/17 | -1,165.00 | $13.87 | $16,158.55 |
| Sale | 07/25/17 | -3,196.00 | $13.87 | $44,328.52 |
| Sale | 07/25/17 | -3,924.00 | $13.87 | $54,425.88 |
| Sale | 07/26/17 | -62.00 | $13.44 | $833.28 |
| Sale | 07/26/17 | -170.00 | $13.44 | $2,284.80 |
| Sale | 07/26/17 | -209.00 | $13.44 | $2,808.96 |
| Sale | 07/26/17 | -722.00 | $13.59 | $9,811.98 |
| Sale | 07/26/17 | -1,031.00 | $13.52 | $13,939.12 |
| Sale | 07/26/17 | -1,980.00 | $13.59 | $26,908.20 |
| Sale | 07/26/17 | -2,431.00 | $13.59 | $33,037.29 |
| Sale | 07/26/17 | -2,830.00 | $13.52 | $38,261.60 |
| Sale | 07/26/17 | -3,474.00 | $13.52 | $46,968.48 |
| Sale | 07/27/17 | -37.00 | $13.80 | $510.60 |
| Sale | 07/27/17 | -100.00 | $13.80 | $1,380.00 |
| Sale | 07/27/17 | -123.00 | $13.80 | $1,697.40 |
| Sale | 07/27/17 | -1,204.00 | $13.74 | $16,542.96 |
| Sale | 07/27/17 | -3,303.00 | $13.74 | $45,383.22 |
| Sale | 07/27/17 | -4,056.00 | $13.74 | $55,729.44 |

3

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Sale | 07/28/17 | -19.00 | $13.77 | $261.63 |
| Sale | 07/28/17 | -52.00 | $13.77 | $716.04 |
| Sale | 07/28/17 | -63.00 | $13.77 | $867.51 |
| Sale | 07/28/17 | -437.00 | $13.70 | $5,986.90 |
| Sale | 07/28/17 | -1,200.00 | $13.70 | $16,440.00 |
| Sale | 07/28/17 | -1,474.00 | $13.70 | $20,193.80 |

4