# EXHIBIT 9

Case No. 1:20-cv-01966-RM-MEH    Document 32-1    filed 10/09/20    USDC Colorado
Case 1:13-cv-02032-WTL-TAB   Document 84   Filed 07/27/15   Page 1 of 1 PageID #: 1001
page 2 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **EVA and HAROLD BARON, individually and** <br> **on behalf of all others similarly situated,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **vs.** ) <br> ) <br> **ANGIE'S LIST, INC., et al.,** ) <br> ) <br> **Defendants.** ) | **CAUSE NO.  1:13-cv-2032-WTL-TAB** |

## <u>JUDGMENT</u>

The Court having previously granted the Defendants' motion to dismiss (Dkt. No. 75),

the Court now enters **FINAL JUDGMENT**.

Judgment is hereby **ENTERED** in favor of Defendants and against the Plaintiffs.  The

Plaintiffs shall take nothing by their Consolidated Amended Class Action Complaint and this

action is terminated.

SO ORDERED: 7/27/15

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Copies to all counsel of record via electronic communication