# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01966-RM-MEH

UNITED FOOD AND COMMERCIAL
WORKERS INTERNATIONAL UNION
LOCAL 464A, THE TRUSTEES OF
WELFARE AND PENSION FUNDS OF
LOCAL 464A – PENSION FUND, THE
TRUSTEES OF RETIREMENT PLAN FOR
OFFICERS, BUSINESS REPRESENTATIVES
AND OFFICE EMPLOYEES OF LOCAL
464A, THE TRUSTEES OF LOCAL 464A
FINAST FULL TIME EMPLOYEES
PENSION PLAN, THE TRUSTEES OF
LOCAL 464A WELFARE AND PENSION
BUILDING INC., and THE TRUSTEES OF
NEW YORK-NEW JERSEY
AMALGAMATED PENSION PLAN FOR
ACME EMPLOYEES, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiffs,

  v.

PILGRIM'S PRIDE CORPORATION,
JAYSON J. PENN, WILLIAM W. LOVETTE,
and FABIO SANDRI,

       Defendants.

---

**DECLARATION OF JOHN T. NICCOLLAI IN FURTHER SUPPORT OF THE
MOTION OF LOCAL 464A FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO THE
COMPETING MOTION**

---

I, John T. Niccollai, declare as follows:

1.      I respectfully submit this declaration in support of the motion filed by United Food and Commercial Workers International Union Local 464A, the Trustees of Welfare and Pension Funds of Local 464A – Pension Fund, the Trustees of Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A, the Trustees of Local 464A Finast Full Time Employees Pension Plan, the Trustees of Local 464A Welfare and Pension Building Inc., and the Trustees of New York-New Jersey Amalgamated Pension Plan for ACME Employees (collectively, "Local 464A") for appointment as Lead Plaintiff and approval of its selection of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz") to serve as Lead Counsel for the class in the above-captioned action.

2.      I am President of United Food and Commercial Workers International Union Local 464A ("UFCW Local 464A") and a Trustee of Welfare and Pension Funds of Local 464A – Pension Fund, Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A, Local 464A Finast Full Time Employees Pension Plan, Local 464A Welfare and Pension Building Inc., and New York-New Jersey Amalgamated Pension Plan for ACME Employees (collectively, the "Local 464A Funds"). In this capacity, I am authorized to make legal decisions—including making this declaration—on behalf of Local 464A (UFCW Local 464A and the Local 464A Funds). I have knowledge of the facts set forth herein and, if required, could and would competently testify thereto.

3.      UFCW Local 464A represents nearly 20,000 service workers in food and related industries located in New Jersey, New York, and parts of Pennsylvania. UFCW Local 464A's members include hard working men and women who work in the food services industry as meat

1

cutters/packers, food manufacturers and processors, grocery clerks and cashiers, deli, seafood, produce, frozen food, and baking employees, and food industry delivery workers. The Local 464A Funds provide retirement and pension benefits to UFCW Local 464A's employees and members, and their beneficiaries.

4.    I have reviewed the September 25, 2020 brief submitted by New Mexico State Investment Council in opposition to Local 464A's motion for appointment as Lead Plaintiff.

5.    Local 464A authorized the filing of the initial (and only) complaint in this action, and subsequently authorized the filing of a motion seeking appointment as Lead Plaintiff on its behalf in this action.

6.    Local 464A understands that the lead plaintiff in a class action under the federal securities laws is a fiduciary for the class. I take the fiduciary obligations owed by a lead plaintiff to the class seriously and, if appointed Lead Plaintiff, hereby reaffirm my and Local 464A's commitment to maximizing the potential recovery for the class by actively monitoring and vigorously pursuing this action for the benefit of the entire class.

7.    UFCW Local 464A does not represent employees of Pilgrim's Pride Corporation ("Pilgrim's Pride") nor does UFCW Local 464A (or the Local 464A Funds) have any business relationship with Pilgrim's Pride. To the extent employees of Pilgrim's Pride are members of other local chapters of the United Food and Commercial Workers International Union, their membership in those local chapters will have no impact on Local 464A's decision-making as Lead Plaintiff. Local 464A is not aware of any conflicts of interest that would preclude them from representing the class in this action and, if appointed as Lead Plaintiff, Local 464A will endeavor to provide fair and adequate representation and work directly with the efforts of class counsel to

2

ensure that the largest recovery for the entire class, consistent with good faith and meritorious judgment, is obtained.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this _7_th day of October 2020.

John T. Niccollai, as President of United Food and Commercial Workers International Union Local 464A and Trustee of Welfare and Pension Funds of Local 464A – Pension Fund, Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A, Local 464A Finast Full Time Employees Pension Plan, Local 464A Welfare and Pension Building Inc., and New York-New Jersey Amalgamated Pension Plan for ACME Employees

3