**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-01966

UNITED FOOD AND COMMERCIAL
WORKERS INTERNATIONAL UNION
LOCAL 464A, THE TRUSTEES OF
WELFARE AND PENSION FUNDS OF
LOCAL 464A – PENSION FUND, THE
TRUSTEES OF RETIREMENT PLAN
FOR OFFICERS, BUSINESS
REPRESENTATIVES AND OFFICE
EMPLOYEES OF LOCAL 464A, THE
TRUSTEES OF LOCAL 464A FINAST
FULL TIME EMPLOYEES PENSION
PLAN, THE TRUSTEES OF LOCAL
464A WELFARE AND PENSION
BUILDING INC., and THE TRUSTEES
OF NEW YORK-NEW JERSEY
AMALGAMATED PENSION PLAN FOR
ACME EMPLOYEES, Individually and on
Behalf of All Others Similarly Situated,

        Plaintiffs,

v.

PILGRIM'S PRIDE CORPORATION,
JAYSON J. PENN, WILLIAM W.
LOVETTE, and FABIO SANDRI,

        Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO INCORPORATE BY REFERENCE**
**CERTAIN SECTIONS OF PILGRIM'S PRIDE CORPORATION'S MOTION TO**
**DISMISS THE AMENDED COMPLAINT**

---

Defendant William W. Lovette respectfully submits this Unopposed Motion for Leave To

Incorporate By Reference Certain Sections of Pilgrim's Pride Corporation's Motion To Dismiss

The Amended Complaint (the "Motion"). In an effort to eliminate repetitive content and make the briefing more efficient for both this Court and Plaintiff, Mr. Lovette asks this Court to grant leave for him to incorporate by reference certain sections of Pilgrim's Pride Corporation's Motion in which he fully adopts the legal and factual reasoning. Mr. Lovette intends to brief the issues unique to his Motion to Dismiss. Provided this Motion is granted, Mr. Lovette anticipates that his individual brief will not exceed 17 pages.

In the alternative, if Mr. Lovette is not granted leave to incorporate by reference certain sections of Pilgrim's Pride Corporation's Motion in which he fully adopts the legal and factual reasoning, Mr. Lovette requests a modification of the page limit to 25 pages in order to fully address all arguments in his anticipated motion to dismiss.

Pursuant to D.C.COLO.LCivR 7.1, counsel for all parties have met and conferred with respect to this Motion. Plaintiff has indicated that it will not oppose this Motion or Mr. Lovette's request made in the alternative. The parties have further agreed to discuss reasonable accommodations for any similar page extension request made by Plaintiff in connection with Plaintiff's opposition brief(s).

Respectfully submitted this 15th day of July, 2021.

> *s/ John A. Fagg, Jr.*
> John A. Fagg, Jr.
> Mark A. Nebrig
> Nicole E. Schiavo
> MOORE & VAN ALLEN PLLC
> 100 North Tryon Street, Suite 4700
> Charlotte, NC 28202
> (704) 331-1000
> johnfagg@mvalaw.com
> marknebrig@mvalaw.com
> nicoleschiavo@mvalaw.com
>
> *Attorneys for Defendant William W. Lovette*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July 2021, I electronically filed the foregoing UNOPPOSED MOTION FOR LEAVE TO INCORPORATE BY REFERENCE CERTAIN SECTIONS OF PILGRIM'S PRIDE CORPORATION'S MOTION TO DISMISS THE AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all listed parties.

_s/ John A. Fagg, Jr._
John A. Fagg, Jr.