IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 1:20-CV-01966-RM-MEH

UNITED FOOD AND COMMERCIAL WORKERS
INTERNATIONAL UNION LOCAL 464A,
THE TRUSTEES OF WELFARE AND PENSION FUNDS OF
LOCAL 464A – PENSION FUND,
THE TRUSTEES OF RETIREMENT PLAN FOR OFFICERS,
BUSINESS REPRESENTATIVES AND OFFICE
EMPLOYEES OF LOCAL 464A,
THE TRUSTEES OF LOCAL 464A FINAST FULL TIME
EMPLOYEES PENSION PLAN,
THE TRUSTEES OF LOCAL 464A WELFARE AND PENSION
BUILDING INC., and
THE TRUSTEES OF NEW YORK-NEW JERSEY
AMALGAMATED PENSION PLAN FOR ACME
EMPLOYEES, Individually and on Behalf of All Others
Similarly Situated,

   Plaintiffs,

 v.

PILGRIM'S PRIDE CORPORATION,
JAYSON J. PENN,
WILLIAM W. LOVETTE, and
FABIO SANDRI,

   Defendants.

---

**DEFENDANT JAYSON PENN'S UNOPPOSED MOTION FOR LEAVE TO INCORPORATE BY REFERENCE DEFENDANTS' MOTIONS TO DISMISS**

---

Defendant Jayson Penn respectfully moves for leave to incorporate by reference the Motions to Dismiss the First Amended Complaint and accompanying memoranda of Defendants Pilgrim's Pride Corporation and Fabio Sandri and Defendant William Lovette ("Co-Defendants") into Penn's own Motion to Dismiss the First Amended Complaint where he fully adopts the legal

1

and factual reasoning. Penn intends to brief the issues unique to his own Motion to Dismiss. Provided this Motion is granted, Penn anticipates his individual brief will not exceed 15 pages.

Granting leave to incorporate the Co-Defendants' motions will promote judicial efficiency and reduce waste by reducing the need for duplicative briefing on overlapping legal issues.

In the alternative, if Penn is not granted leave to incorporate by reference the Co-Defendants' Motions, Penn requests a modification of the page limit to 25 pages to fully address all arguments in his anticipated Motion to Dismiss.

Pursuant to D.C. Colo. L. Civ. R. 7.1(A), counsel for all parties have met and conferred concerning this motion. Plaintiff has indicated that it will not oppose this motion or Penn's request made in the alternative. The parties have further agreed to discuss reasonable accommodations for any similar page extension request made by Plaintiff with respect to the opposition brief(s).

Respectfully submitted this 15th day of July, 2021.

Respectfully submitted,

*s/ Christopher P. Burke*

Seth Aronson
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
saronson@omm.com

Christopher P. Burke
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
cburke@omm.com

2

Jacqueline V. Roeder
Chad D. Williams
Davis Graham & Stubbs LLP
1550 17th St Ste 500
Denver, CO 80202
Telephone:    (303) 892-9400
Facsimile:    (303) 893-1379

*Attorneys for Defendant Jayson Penn*

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of July, 2021, a true and correct copy of the foregoing **DEFENDANT JAYSON PENN'S UNOPPOSED MOTION FOR LEAVE TO  INCORPORATE BY REFERENCE DEFENDANTS' MOTIONS TO DISMISS** was filed with the Court and served electronically using the CM/ECF system which will send notification of such filing to all listed parties.

_s/ Christopher P. Burke_
Christopher P. Burke