# Exhibit 2

Case No. 1:20-cv-01966-RM-MEH    Document 62-2    filed 07/19/21    USDC Colorado
pg 2 of 17

# UNITED STATES

## SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

# FORM 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of report (Date of earliest event reported): May 1, 2019

# PILGRIM'S PRIDE CORPORATION

(Exact Name of registrant as specified in its charter)

| **Delaware** | **1-9273** | **75-1285071** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**1770 Promontory Circle
Greeley, CO**                                    **80634-9038**

(Address of principal executive offices)                    (Zip Code)

Registrant's telephone number, including area code: **(970) 506-8000**

| **Title of each class** | **Trading Symbol** | **Name of Exchange on Which Registered** |
|---|---|---|
| **Common Stock, Par Value $0.01** | **PPC** | **The NASDAQ Stock Market LLC** |

**Not Applicable**

(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On May 1, 2019 the Registrant issued a press release, a copy of which is attached hereto as Exhibit 99.1 and incorporated herein by reference.

**Item 9.01 Financial Statements and Exhibits.**

Exhibit 99.1 Press release dated May 1, 2019.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

|  |  |  |
|---|---|---|
| | | PILGRIM'S PRIDE CORPORATION |
| Date: | May 1, 2019 | /s/ Fabio Sandri |
| | | Fabio Sandri |
| | | Chief Financial Officer |



**Pilgrim's Pride Reports Q1 Net Sales of $2.72 Billion, Operating Income of $137 Million and GAAP EPS of $0.34**

GREELEY, Colo., May 1, 2019 (GLOBE NEWSWIRE) - Pilgrim's Pride Corporation (NASDAQ: PPC) reports first quarter 2019 financial results.

**First Quarter Highlights**

- Net Sales of $2.72 billion.
- Net Income of $84.0 million.
- Operating Income margins of 6.1% in U.S., 2.9% in Mexico and 2.5% in Europe operations, respectively.
- Adjusted EBITDA of $204.4 million (or a 7.5% margin), and Adjusted EPS of $0.35.
- Significant sequential rebound in U.S. operations vs. Q4, driven by stronger markets as feature activities tracked much closer to seasonality. Our balanced portfolio has continued to evolve, realizing the results of investments made over the past few years to further widen our products and brands, strengthen key customer relationships, and improve margin consistency.
- Weaker than seasonal markets in Mexico impacted results but conditions are already improving in Q2. Diversification into premium Pilgrim's brand is gaining momentum and producing strong results, together with significant growth in Prepared Foods.
- In-line with the industry, Europe continued to be impacted by a substantial increase in input costs. We are offsetting the increase through capture of synergies and adjustments in pricing models.

1

Unaudited, In Millions, Except Per Share and Percentages

| | Thirteen Weeks Ended | | |
| --- | --- | --- | --- |
| | **Mar 31, 2019** | **Apr 1, 2018** | **Change** |
| Net Sales | $2,724.7 | $2,746.7 | -0.8% |
| GAAP EPS | $0.34 | $0.48 | -29.2% |
| Operating Income | $137.0 | $201.6 | -32.0% |
| Adjusted EBITDA [1] | $204.4 | $271.8 | -24.8% |
| Adjusted EBITDA Margin [1] | 7.5% | 9.9% | -2.4pts |

(1) Reconciliations for non-GAAP measures are provided in subsequent sections within this release.

"After a very challenging market in 2018, we experienced a much better environment within our U.S. operations during Q1 particularly in commodity large bird deboning, with demand from retailers and QSR operators rebounding as they recognized the value of chicken. Feature activities normalized to seasonal levels throughout the quarter and the momentum has been sustained into early Q2. Commodity boneless prices have already surpassed levels from a year ago and are close to the five-year average, while wing prices are near historical highs. We have been heavily investing in further differentiating our portfolio to increase our capacities and capabilities to meet customer expectations. The investments in the operations and the focus of our people have yielded an increase in performance, and further growth prospects remain available. We are driving growth while continuing to pursue future opportunities by intensifying our efforts in innovation and marketing. We expect value added, differentiated products to account for a larger portion of our total results over the next few years as we continue to reduce the volatility of our commodity sales mix," stated Jayson Penn, Chief Executive Officer of Pilgrim's.

"Market balance dynamics in Mexico were weaker than seasonal in Q1. Better than expected growing conditions and softer demand have impacted prices. Chicken demand was also affected by more availability of imported pork from the U.S. during the quarter but we believe chicken demand can continue to grow in-line with historical rates longer term. The environment has already started to recover in Q2 and prices have begun to react positively, with growing conditions reverting back to normal, demand improving, and competition from pork imports declining. Our Prepared Foods have continued to grow at a double digit rate and are generating great results under both premium Pilgrim's and Del Dia brands to drive the evolution of our Mexican portfolio towards more differentiated, higher-value products giving us a clear path to margin expansion."

"In-line with the whole industry, our European operations continued to be impacted by a substantial increase in input costs, including feed ingredients, higher utilities, labor and packaging. These increases were partially offset by cost reduction initiatives, synergies and price adjustments some of which have taken slightly longer than expected to be passed on and reflected in customer contracts. Despite the impact in results, we expect an improvement month over month as we adjust our prices based on key customer's contracts and expect the full recovery within our pricing models."

**Conference Call Information**

A conference call to discuss Pilgrim's quarterly results will be held tomorrow, May 2, at 7:00 a.m. MT (9 a.m. ET). Participants are encouraged to pre-register for the conference call using the link below. Callers who pre-register will be given a unique PIN to gain immediate access to the call and bypass the live operator. Participants may pre-register at any time, including up to and after the call start time.

To pre-register, go to: https://services.choruscall.com/links/ppc190502.html

You may also reach the pre-registration link by logging in through the investor section of our website at www.pilgrims.com and clicking on the link under "Upcoming Events."

For those who would like to join the call but have not pre-registered, access is available by dialing +1 (844) 883-3889 within the US, or +1 (412) 317-9245 internationally, and requesting the "Pilgrim's Pride Conference." Please note that to submit a question to management during the call, you must be logged in via telephone.

Replays of the conference call will be available on Pilgrim's website approximately two hours after the call concludes and can be accessed through the "Investor" section of www.pilgrims.com. The webcast will be available for replay through August 2, 2019.

## About Pilgrim's Pride

Pilgrim's employs approximately 52,100 people and operates chicken processing plants and prepared-foods facilities in 14 states, Puerto Rico, Mexico, the U.K, Ireland and continental Europe. The Company's primary distribution is through retailers and foodservice distributors. For more information, please visit www.pilgrims.com.

## Forward-Looking Statements

*Statements contained in this press release that state the intentions, plans, hopes, beliefs, anticipations, expectations or predictions of the future of Pilgrim's Pride Corporation and its management are considered forward-looking statements. It is important to note that actual results could differ materially from those projected in such forward-looking statements. Factors that could cause actual results to differ materially from those projected in such forward-looking statements include: matters affecting the poultry industry generally; the ability to execute the Company's business plan to achieve desired cost savings and profitability; future pricing for feed ingredients and the Company's products; outbreaks of avian influenza or other diseases, either in Pilgrim's Pride's flocks or elsewhere, affecting its ability to conduct its operations and/or demand for its poultry products; contamination of Pilgrim's Pride's products, which has previously and can in the future lead to product liability claims and product recalls; exposure to risks related to product liability, product recalls, property damage and injuries to persons, for which insurance coverage is expensive, limited and potentially inadequate; management of cash resources; restrictions imposed by, and as a result of, Pilgrim's Pride's leverage; changes in laws or regulations affecting Pilgrim's Pride's operations or the application thereof; new immigration legislation or increased enforcement efforts in connection with existing immigration legislation that cause the costs of doing business to increase, cause Pilgrim's Pride to change the way in which it does business, or otherwise disrupt its operations; competitive factors and pricing pressures or the loss of one or more of Pilgrim's Pride's largest customers; currency exchange rate fluctuations, trade barriers, exchange controls, expropriation and other risks associated with foreign operations; disruptions in international markets and distribution channel, including anti-dumping proceedings and countervailing duty proceedings; and the impact of uncertainties of litigation as well as other risks described under "Risk Factors" in the Company's Annual Report on Form 10-K and subsequent filings with the Securities and Exchange Commission. Pilgrim's Pride Corporation undertakes no obligation to update or revise publicly any forward-looking statements, whether as a result of new information, future events or otherwise.*

3

Contact:     Dunham Winoto
               Director, Investor Relations
               IRPPC@pilgrims.com
               (970) 506-8192
               www.pilgrims.com

4

**PILGRIM'S PRIDE CORPORATION**
**CONDENSED CONSOLIDATED BALANCE SHEETS**

| | March 31, 2019 | December 30, 2018 |
|---|---|---|
| | (Unaudited) | |
| | (In thousands) | |
| Cash and cash equivalents | $ 378,518 | $ 338,386 |
| Restricted cash and cash equivalents | 20,373 | 23,192 |
| Trade accounts and other receivables, less allowance for doubtful accounts | 564,055 | 561,549 |
| Accounts receivable from related parties | 854 | 1,331 |
| Inventories | 1,166,002 | 1,159,519 |
| Income taxes receivable | 31,985 | 38,479 |
| Prepaid expenses and other current assets | 124,265 | 112,023 |
| Assets held for sale | 178 | 178 |
| Total current assets | 2,286,230 | 2,234,657 |
| Deferred tax assets | 4,166 | 4,248 |
| Other long-lived assets | 16,275 | 16,717 |
| Identified intangible assets, net | 569,870 | 564,128 |
| Goodwill | 970,640 | 949,750 |
| Operating lease assets, net | 330,040 | - |
| Property, plant and equipment, net | 2,195,706 | 2,161,702 |
| Total assets | $ 6,372,927 | $ 5,931,202 |
| | | |
| Accounts payable | $ 818,482 | $ 830,059 |
| Accounts payable to related parties | 5,550 | 7,269 |
| Revenue contract liability | 25,812 | 33,328 |
| Accrued expenses and other current liabilities | 472,365 | 386,941 |
| Income taxes payable | 7,884 | 8,221 |
| Current maturities of long-term debt | 27,637 | 30,405 |
| Total current liabilities | 1,357,730 | 1,296,223 |
| Noncurrent operating lease liability, less current maturities | 252,281 | - |
| Long-term debt, less current maturities | 2,303,735 | 2,295,190 |
| Noncurrent income taxes payable | 7,731 | 7,731 |
| Deferred tax liabilities | 236,931 | 237,422 |
| Other long-term liabilities | 70,019 | 75,051 |
| Total liabilities | 4,228,427 | 3,911,617 |
| Common stock | 2,609 | 2,604 |
| Treasury stock | (231,994) | (231,994) |
| Additional paid-in capital | 1,947,013 | 1,945,136 |
| Retained earnings | 505,899 | 421,888 |
| Accumulated other comprehensive loss | (88,926) | (127,834) |
| Total Pilgrim's Pride Corporation stockholders' equity | 2,134,601 | 2,009,800 |
| Noncontrolling interest | 9,899 | 9,785 |
| Total stockholders' equity | 2,144,500 | 2,019,585 |
| Total liabilities and stockholders' equity | $ 6,372,927 | $ 5,931,202 |

**PILGRIM'S PRIDE CORPORATION**
**CONDENSED CONSOLIDATED STATEMENTS OF INCOME**
**(Unaudited)**

| | Thirteen Weeks Ended | |
|---|---|---|
| | **March 31, 2019** | **April 1, 2018** |
| | (In thousands, except per share data) | |
| Net sales | $ 2,724,675 | $ 2,746,678 |
| Cost of sales | 2,505,736 | 2,459,013 |
| Gross profit | 218,939 | 287,665 |
| Selling, general and administrative expense | 81,924 | 85,283 |
| Administrative restructuring activity | (27) | 789 |
| Operating income | 137,042 | 201,593 |
| Interest expense, net of capitalized interest | 33,562 | 50,300 |
| Interest income | (3,340) | (1,590) |
| Foreign currency transaction losses (gains) | 2,636 | (1,721) |
| Miscellaneous, net | (357) | (1,617) |
| Income before income taxes | 104,541 | 156,221 |
| Income tax expense | 20,416 | 36,997 |
| Net income | 84,125 | 119,224 |
| Less: Net income (loss) attributable to noncontrolling interests | 114 | (194) |
| Net income attributable to Pilgrim's Pride Corporation | $ 84,011 | $ 119,418 |
| | | |
| **Weighted average shares of common stock outstanding:** | | |
| Basic | 249,167 | 248,838 |
| Effect of dilutive common stock equivalents | 390 | 151 |
| Diluted | 249,557 | 248,989 |
| | | |
| **Net income attributable to Pilgrim's Pride Corporation per share of common stock outstanding:** | | |
| Basic | $ 0.34 | $ 0.48 |
| Diluted | $ 0.34 | $ 0.48 |

6

**PILGRIM'S PRIDE CORPORATION AND SUBSIDIARIES**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(Unaudited)**

| | Fifty-three weeks ended | |
| --- | --- | --- |
| | March 31, 2019 | April 1, 2018 |
| | (In thousands) | |
| Cash flows from operating activities: | | |
| Net income | $ 84,125 | $ 119,224 |
| Adjustments to reconcile net income to cash provided by operating activities: | | |
| Depreciation and amortization | 67,182 | 67,444 |
| Loan cost amortization | 1,201 | 1,757 |
| Noncash loss on early extinguishment of debt | - | 3,918 |
| Foreign currency transaction loss related to borrowing arrangements | (1,034) | 5,745 |
| Amortization of premium related to Senior Notes | (167) | (167) |
| Accretion of discount related to Senior Notes | 246 | 76 |
| Impairment expense | - | 470 |
| Loss on property disposals | (108) | 80 |
| Gain on equity method investment | (16) | (16) |
| Share-based compensation | 1,882 | 1,273 |
| Deferred income tax expense (benefit) | (4,089) | (4,735) |
| Changes in operating assets and liabilities: | | |
| Trade accounts and other receivables | 2,381 | (61,945) |
| Inventories | (1,368) | 19,541 |
| Prepaid expenses and other current assets | (11,479) | (20,777) |
| Accounts payable, accrued expenses and other current liabilities | (21,968) | (29,171) |
| Income taxes | 6,579 | (98,784) |
| Long-term pension and other postretirement obligations | (1,315) | (2,759) |
| Other operating assets and liabilities | (1,683) | (534) |
| Cash provided by operating activities | 120,369 | 640 |
| Cash flows from investing activities: | | |
| Acquisitions of property, plant and equipment | (87,941) | (76,681) |
| Business acquisition | - | - |
| Proceeds from property disposals | 539 | 1,021 |
| Cash used in investing activities | (87,402) | (75,660) |
| Cash flows from financing activities: | | |
| Proceeds from revolving line of credit and long-term borrowings | 67,193 | 502,341 |
| Payments on revolving line of credit, long-term borrowings and capital lease obligations | (62,293) | (433,550) |
| Proceeds from equity contribution under Tax Sharing Agreement between JBS USA Food Company Holdings and Pilgrim's Pride Corporation | (525) | 5,558 |
| Payment of capitalized loan costs | (458) | (4,061) |
| Cash provided by (used in) financing activities | 3,917 | 70,288 |
| Effect of exchange rate changes on cash and cash equivalents | 429 | 6,669 |
| Increase (decrease) in cash, cash equivalents and restricted cash | 37,313 | 1,937 |
| Cash, cash equivalents and restricted cash, beginning of period | 361,578 | 589,531 |
| Cash, cash equivalents and restricted cash, end of period | $ 398,891 | $ 591,468 |

**PILGRIM'S PRIDE CORPORATION**

**Selected Financial Information**

**(Unaudited)**

"EBITDA" is defined as the sum of net income (loss) plus interest, taxes, depreciation and amortization. "Adjusted EBITDA" is calculated by adding to EBITDA certain items of expense and deducting from EBITDA certain items of income that we believe are not indicative of our ongoing operating performance consisting of: (i) income (loss) attributable to non-controlling interests, (ii) restructuring charges, (iii) reorganization items, (iv) losses on early extinguishment of debt and (v) foreign currency transaction losses (gains). EBITDA is presented because it is used by management and we believe it is frequently used by securities analysts, investors and other interested parties, in addition to and not in lieu of results prepared in conformity with accounting principles generally accepted in the US ("GAAP"), to compare the performance of companies. We believe investors would be interested in our Adjusted EBITDA because this is how our management analyzes EBITDA.  The Company also believes that Adjusted EBITDA, in combination with the Company's financial results calculated in accordance with GAAP, provides investors with additional perspective regarding the impact of certain significant items on EBITDA and facilitates a more direct comparison of its performance with its competitors.  EBITDA and Adjusted EBITDA are not measurements of financial performance under GAAP.  They should not be considered as an alternative to cash flow from operating activities or as a measure of liquidity or an alternative to net income as indicators of our operating performance or any other measures of performance derived in accordance with GAAP.

**PILGRIM'S PRIDE CORPORATION**
**Reconciliation of Adjusted EBITDA**

| (Unaudited) | Thirteen Weeks Ended | |
|---|---|---|
| | March 31, 2019 | April 1, 2018 |
| | (In thousands) | |
| Net income | $ 84,125 | $ 119,224 |
| Add: | | |
| Interest expense, net | 30,222 | 48,710 |
| Income tax expense (benefit) | 20,416 | 36,997 |
| Depreciation and amortization | 67,182 | 67,444 |
| EBITDA | 201,945 | 272,375 |
| Add: | | |
| Foreign currency transaction losses (gains) | 2,636 | (1,721) |
| Acquisition charges | - | 179 |
| Restructuring activity | (27) | 789 |
| Minus: | | |
| Net income (loss) attributable to noncontrolling interest | 114 | (194) |
| Adjusted EBITDA | $ 204,440 | $ 271,816 |

8

The summary unaudited consolidated income statement data for the twelve months ended March 31, 2019 (the LTM Period) have been calculated by subtracting the applicable unaudited consolidated income statement data for the three months ended April 1, 2018 from the sum of (1) the applicable audited consolidated income statement data for the year ended December 30, 2018 and (2) the applicable audited consolidated income statement data for the three months ended March 31, 2019.

**PILGRIM'S PRIDE CORPORATION**

**Reconciliation of LTM Adjusted EBITDA**

| (Unaudited) | Thirteen Weeks Ended July 1, 2018 | | Thirteen Weeks Ended September 30, 2018 | | Thirteen Weeks Ended December 30, 2018 | | Thirteen Weeks Ended March 31, 2019 | | LTM Ended March 31, 2019 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (In thousands) | | | | | |
| Net income (loss) | $ | 106,344 | $ | 29,463 | $ | (8,227) | $ | 84,125 | $ | 211,705 |
| Add: | | | | | | | | | | |
| Interest expense, net | | 35,433 | | 31,093 | | 33,765 | | 30,222 | | 130,513 |
| Income tax expense | | 38,522 | | 30,848 | | (20,944) | | 20,416 | | 68,842 |
| Depreciation and amortization | | 70,278 | | 71,971 | | 68,207 | | 67,182 | | 277,638 |
| Minus: | | | | | | | | | | |
| Amortization of capitalized financing costs | | 2,453 | | 944 | | 1,232 | | - | | 4,629 |
| EBITDA | | 248,124 | | 162,431 | | 71,569 | | 201,945 | | 684,069 |
| Add: | | | | | | | | | | |
| Foreign currency transaction losses (gains) | | 5,630 | | (6,711) | | 19,962 | | 2,636 | | 21,517 |
| Acquisition charges | | 125 | | 16 | | - | | - | | 141 |
| Restructuring activity | | 1,135 | | 257 | | 2,584 | | (27) | | 3,949 |
| Other nonrecurring losses and expenses | | 3,298 | | 164 | | 16,023 | | - | | 19,485 |
| Minus: | | | | | | | | | | |
| Net income (loss) attributable to noncontrolling interest | | (197) | | 153 | | (903) | | 114 | | (833) |
| Adjusted EBITDA | $ | 258,509 | $ | 156,004 | $ | 111,041 | $ | 204,440 | $ | 729,994 |

9

EBITDA margins have been calculated by taking the relevant unaudited EBITDA figures, then dividing by Net Revenue for the applicable period.

**PILGRIM'S PRIDE CORPORATION**
**Reconciliation of EBITDA Margin**

| (Unaudited) | | Thirteen Weeks Ended | | | Thirteen Weeks Ended | |
|---|---|---|---|---|---|---|
| | | March 31, 2019 | | April 1, 2018 | March 31, 2019 | April 1, 2018 |
| | | | | (In thousands) | | |
| Net income from continuing operations | $ | 84,125 | $ | 119,224 | 3.09% | 4.34% |
| Add: | | | | | | |
| Interest expense, net | | 30,222 | | 48,710 | 1.11% | 1.77% |
| Income tax expense | | 20,416 | | 36,997 | 0.75% | 1.35% |
| Depreciation and amortization | | 67,182 | | 67,444 | 2.46% | 2.46% |
| EBITDA | | 201,945 | | 272,375 | 7.41% | 9.92% |
| Add: | | | | | | |
| Foreign currency transaction losses (gains) | | 2,636 | | (1,721) | 0.09% | (0.06)% |
| Acquisition charges | | - | | 179 | -% | -% |
| Restructuring activity | | (27) | | 789 | -% | 0.03% |
| Minus: | | | | | | |
| Net income (loss) attributable to noncontrolling interest | | 114 | | (194) | -% | (0.01)% |
| Adjusted EBITDA | $ | 204,440 | $ | 271,816 | 7.50% | 9.90% |
| | | | | | | |
| Net sales | $ | 2,724,675 | $ | 2,746,678 | | |

10

A reconciliation of net income (loss) attributable to Pilgrim's Pride Corporation per common diluted share to adjusted net income (loss) attributable to Pilgrim's Pride Corporation per common diluted share is as follows:

**PILGRIM'S PRIDE CORPORATION**

**Reconciliation of Adjusted Earnings**

| (Unaudited) | Thirteen Weeks Ended | |
| --- | --- | --- |
| | March 31, 2019 | April 1, 2018 |
| | (In thousands, except per share data) | |
| Net income attributable to Pilgrim's Pride Corporation | $ 84,011 | $ 119,418 |
| Adjustments, net of tax: | | |
| Loss on early extinguishment of debt | - | 12,895 |
| Acquisition charges and restructuring activity | (27) | 968 |
| Foreign currency transaction losses (gains) | 2,636 | (1,721) |
| Income before loss on early extinguishment of debt, acquisition charges and restructuring activity, and foreign currency transaction losses (gains) | 86,620 | 131,560 |
| Weighted average diluted shares of common stock outstanding | 249,557 | 248,989 |
| Income before loss on early extinguishment of debt, acquisition charges and restructuring activity, and foreign currency transaction losses (gains) per common diluted share | $ 0.35 | $ 0.53 |

11

A reconciliation of GAAP earnings per share (EPS) to adjusted earnings per share (EPS) is as follows:

**PILGRIM'S PRIDE CORPORATION**
**Reconciliation of GAAP EPS to Adjusted EPS**

| (Unaudited) | Thirteen Weeks Ended | |
| --- | --- | --- |
| | March 31, 2019 | April 1, 2018 |
| | (In thousands, except per share data) | |
| GAAP EPS | $ 0.34 | $ 0.48 |
| Adjustments, net of tax: | | |
| Loss on early extinguishment of debt | - | 0.05 |
| Foreign currency transaction losses (gains) | 0.01 | (0.01) |
| Adjusted EPS | $ 0.35 | $ 0.53 |
| | | |
| Weighted average diluted shares of common stock outstanding | 249,557 | 248,989 |

12

**PILGRIM'S PRIDE CORPORATION**

**Supplementary Selected Segment and Geographic Data**

| (Unaudited) | | Thirteen Weeks Ended | | |
| --- | --- | --- | --- | --- |
| | | March 31, 2019 | | April 1, 2018 |
| | | (In thousands) | | |
| Sources of net sales by country of origin: | | | | |
| US | $ | 1,883,591 | $ | 1,841,105 |
| Europe | | 514,962 | | 544,300 |
| Mexico | | 326,122 | | 361,273 |
| Total net sales | $ | 2,724,675 | $ | 2,746,678 |
| | | | | |
| Sources of cost of sales by country of origin: | | | | |
| US | $ | 1,713,419 | $ | 1,658,734 |
| Europe | | 485,378 | | 501,568 |
| Mexico | | 306,963 | | 298,735 |
| Elimination | | (24) | | (24) |
| Total cost of sales | $ | 2,505,736 | $ | 2,459,013 |
| | | | | |
| Sources of gross profit by country of origin: | | | | |
| US | $ | 170,172 | $ | 182,370 |
| Europe | | 29,584 | | 42,733 |
| Mexico | | 19,159 | | 62,538 |
| Elimination | | 24 | | 24 |
| Total gross profit | $ | 218,939 | $ | 287,665 |
| | | | | |
| Sources of operating income by country of origin: | | | | |
| US | $ | 114,840 | $ | 127,286 |
| Europe | | 12,714 | | 21,413 |
| Mexico | | 9,464 | | 52,870 |
| Elimination | | 24 | | 24 |
| Total operating income | $ | 137,042 | $ | 201,593 |

13