# Exhibit 8

# UNITED STATES

## SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

# FORM 8-K

## CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of report (Date of earliest event reported): February 20, 2020**

# PILGRIM'S PRIDE CORPORATION

(Exact Name of registrant as specified in its charter)

| **Delaware** | **1-9273** | **75-1285071** |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | (Commission File Number) | (IRS Employer Identification No.) |

| **1770 Promontory Circle** | **80634-9038** |
|---|---|
| **Greeley CO** | (Zip Code) |
| **(Address of principal executive offices)** | |

Registrant's telephone number, including area code: **(970) 506-8000**

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol** | **Name of Exchange on Which Registered** |
|---|---|---|
| **Common Stock, Par Value $0.01** | **PPC** | **The Nasdaq Stock Market LLC** |

**Not Applicable**

(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company        ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On February 20, 2020 the Registrant issued a press release, a copy of which is attached hereto as Exhibit 99.1 and incorporated herein by reference.

**Item 9.01 Financial Statements and Exhibits.**

Exhibit 99.1 Press release dated February 20, 2020.

Exhibit 104 Cover Page Interactive Data File formatted in iXBRL

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

PILGRIM'S PRIDE CORPORATION

Date:    February 20, 2020

/s/ Fabio Sandri

Fabio Sandri

Chief Financial Officer



**Pilgrim's Pride Closes Fiscal Year 2019 with Net Sales of $11.41 Billion, Operating Income of $691 Million and GAAP EPS of $1.83, an 83% increase over the $1.00 in Fiscal Year 2018**

GREELEY, Colo., February 20, 2020 (GLOBE NEWSWIRE) - Pilgrim's Pride Corporation (NASDAQ: PPC) reports fourth quarter and year-end 2019 financial results.

**2019 Highlights**
- Operating Income margins of 6.4% in U.S., 8.9% in Mexico and 3.3% in Europe operations, respectively.
- Net Income of $455.9 million, or an 84% increase from last year.
- Adjusted EBITDA of $973.8 million, a 22% increase over 2018, or an 8.5% margin.
- Portfolio strategy and geographic diversification reducing the impact of challenging specific market conditions. EBITDA outpacing the industry competition, driven by improved execution and increased operating performance across all business units, including the U.S., Mexico and Europe.
- Operating results from legacy European business rose by 7% on better operational efficiencies and input cost mitigation. Newly acquired operations already generating positive EBITDA, and on track to achieve performance competitive with leading companies with similar portfolio in next few years.
- We remain motivated to pursue additional growth potential and product differentiation, aligning our strategic priorities to continue to strengthen our differentiated global platforms.

**Fourth Quarter**
- Net Sales of $3.06 billion.
- Net GAAP Income of $92.1 million, including one-time asset acquisition net gain due to valuation and acquisition adjustments.
- Operating Income margins of 3.2% in U.S., 2.5% in Mexico and 2.1% in Europe operations, respectively.
- Adjusted EBITDA of $161.6 million (or a 5.3% margin).

1

| Unaudited [2] | Thirteen Weeks Ended | | | Fifty-Two Weeks Ended | | |
| --- | --- | --- | --- | --- | --- | --- |
| | December 29, 2019 | December 30, 2018 | Y/Y Change | December 29, 2019 | December 30, 2018 | Y/Y Change |
| | (In millions, except per share and percentages) | | | | | |
| Net sales | $ 3,063.5 | $ 2,656.8 | +15.3% | $ 11,409.2 | $ 10,937.8 | +4.3% |
| U.S. GAAP EPS | $ 0.37 | $ (0.03) | +1,333.3% | $ 1.83 | $ 1.00 | +83.0% |
| Operating income | $ 85.8 | $ 23.6 | +263.6% | $ 690.6 | $ 495.7 | +39.3% |
| Adjusted EBITDA [1] | $ 161.6 | $ 111.0 | +45.6% | $ 973.8 | $ 798.2 | +22.0% |
| Adjusted EBITDA margin [1] | 5.3% | 4.2% | +1.1pts | 8.5% | 7.3% | +1.2pts |

(1) Reconciliations for non-U.S. GAAP measures are provided in subsequent sections within this release.
(2) Comparisons include Tulip from 10/15/19 forward.

"While overall global market conditions including U.S. commodity chicken improved during 2019, our team members have continued to deliver on our strategy, achieving a significant increase in relative performance compared to last year and to our industry competition. Our diverse global footprint has contributed to well-balanced and more consistent results against different specific market conditions. We maintain our approach to the successful Key Customer strategy, which is the basis for our strong growth. While our product portfolio is already differentiated, we are investing to further innovate, and increase our capacities and capabilities to meet customer demand. We expect value added, specialty products to account for a meaningfully larger portion of our total results over the next few years as we continue to de-emphasize the mix of more volatile commodity sales and strengthen our margin profile," stated Jayson Penn, Chief Executive Officer of Pilgrim's.

"In Q4, our operating performance in the U.S. has continued to improve, driven by our partnership with Key customers and the relentless focus on executing and delivering the best results possible despite changes in market conditions. Within our case-ready and small bird businesses, strong demand, especially from QSR customers, has continued to outstrip supply. The commodity sector has continued to be challenging but we experienced improved market conditions compared to 2018. Our U.S. Prepared Foods continues to evolve, reflecting the investments made over the last few years."

"Weak macro conditions during Q4 in Mexico contributed to uncertainties in consumer spending and demand, especially in traditional markets. Although volume growth was solid, prices were below seasonal expectations. Despite the difficult market environment in Q4, our Mexican business has continued to perform well operationally versus the industry, and was able to generate an improvement in results during fiscal 2019 compared to 2018."

"Our legacy European operations once again produced continuing improvement in results driven by increased operational efficiencies, investments in automation, focus on higher yields, and better mitigation of input costs. Joining our global team during the quarter, the newly acquired operations are off to a strong start and already generating positive EBITDA. The solid performance was driven by strong pork exports and good domestic demand, as well as from the initial implementations of operational improvements."

**Conference Call Information**

A conference call to discuss Pilgrim's quarterly results will be held tomorrow, February 21, at 7:00 a.m. MT (9 a.m. ET). Participants are encouraged to pre-register for the conference call using the link below. Callers who pre-register will be given a unique PIN to gain immediate access to the call and bypass the live operator. Participants may pre-register at any time, including up to and after the call start time.

To pre-register, go to: https://services.choruscall.com/links/ppc200221.html

2

You may also reach the pre-registration link by logging in through the investor section of our website at www.pilgrims.com and clicking on the link under "Upcoming Events."

For those who would like to join the call but have not pre-registered, access is available by dialing +1 (844) 883-3889 within the US, or +1 (412) 317-9245 internationally, and requesting the "Pilgrim's Pride Conference." Please note that to submit a question to management during the call, you must be logged in via telephone.

Replays of the conference call will be available on Pilgrim's website approximately two hours after the call concludes and can be accessed through the "Investor" section of www.pilgrims.com. The webcast will be available for replay through May 21, 2020.

**About Pilgrim's Pride**

Pilgrim's employs approximately 58,500 people and operates protein processing plants and prepared-foods facilities in 14 states, Puerto Rico, Mexico, the U.K, and continental Europe. The Company's primary distribution is through retailers and foodservice distributors. For more information, please visit www.pilgrims.com.

**Forward-Looking Statements**

*Statements contained in this press release that state the intentions, plans, hopes, beliefs, anticipations, expectations or predictions of the future of Pilgrim's Pride Corporation and its management are considered forward-looking statements. It is important to note that actual results could differ materially from those projected in such forward-looking statements. Factors that could cause actual results to differ materially from those projected in such forward-looking statements include: matters affecting the poultry industry generally; the ability to execute the Company's business plan to achieve desired cost savings and profitability; future pricing for feed ingredients and the Company's products; outbreaks of avian influenza or other diseases, either in Pilgrim's Pride's flocks or elsewhere, affecting its ability to conduct its operations and/or demand for its poultry products; contamination of Pilgrim's Pride's products, which has previously and can in the future lead to product liability claims and product recalls; exposure to risks related to product liability, product recalls, property damage and injuries to persons, for which insurance coverage is expensive, limited and potentially inadequate; management of cash resources; restrictions imposed by, and as a result of, Pilgrim's Pride's leverage; changes in laws or regulations affecting Pilgrim's Pride's operations or the application thereof; new immigration legislation or increased enforcement efforts in connection with existing immigration legislation that cause the costs of doing business to increase, cause Pilgrim's Pride to change the way in which it does business, or otherwise disrupt its operations; competitive factors and pricing pressures or the loss of one or more of Pilgrim's Pride's largest customers; currency exchange rate fluctuations, trade barriers, exchange controls, expropriation and other risks associated with foreign operations; disruptions in international markets and distribution channel, including anti-dumping proceedings and countervailing duty proceedings; and the impact of uncertainties of litigation as well as other risks described under "Risk Factors" in the Company's Annual Report on Form 10-K and subsequent filings with the Securities and Exchange Commission. Pilgrim's Pride Corporation undertakes no obligation to update or revise publicly any forward-looking statements, whether as a result of new information, future events or otherwise.*

3

Contact:     Dunham Winoto
             Investor Relations
             IRPPC@pilgrims.com
             (970) 506-8192
             www.pilgrims.com

4

**PILGRIM'S PRIDE CORPORATION**
**CONSOLIDATED BALANCE SHEETS**

| | December 29, 2019 | December 30, 2018 |
|---|---|---|
| | (In thousands, except share and par value data) | |
| Cash and cash equivalents | $ 260,568 | $ 338,386 |
| Restricted cash and cash equivalents | 20,009 | 23,192 |
| Trade accounts and other receivables, less allowance for doubtful accounts | 741,281 | 561,549 |
| Accounts receivable from related parties | 944 | 1,331 |
| Inventories | 1,383,535 | 1,159,519 |
| Income taxes receivable | 60,204 | 38,479 |
| Prepaid expenses and other current assets | 131,695 | 112,201 |
| Total current assets | 2,598,236 | 2,234,657 |
| Deferred tax assets | 4,426 | 4,248 |
| Operating lease assets, net | 301,513 | - |
| Other long-lived assets | 36,325 | 16,717 |
| Identified intangible assets, net | 596,053 | 564,128 |
| Goodwill | 973,750 | 949,750 |
| Property, plant and equipment, net | 2,592,061 | 2,161,702 |
| Total assets | $ 7,102,364 | $ 5,931,202 |
| | | |
| Accounts payable | $ 993,780 | $ 827,825 |
| Accounts payable to related parties | 3,819 | 7,269 |
| Revenue contract liability | 41,770 | 33,328 |
| Accrued expenses and other current liabilities | 575,319 | 389,175 |
| Income taxes payable | 7,075 | 8,221 |
| Current maturities of long-term debt | 26,392 | 30,405 |
| Total current liabilities | 1,648,155 | 1,296,223 |
| Long-term debt, less current maturities | 2,276,029 | 2,295,190 |
| Noncurrent operating lease liability, less current maturities | 235,382 | - |
| Noncurrent income taxes payable | 7,731 | 7,731 |
| Deferred tax liabilities | 301,907 | 237,422 |
| Other long-term liabilities | 97,100 | 75,051 |
| Total liabilities | 4,566,304 | 3,911,617 |
| Common stock, $.01 par value, 800,000,000 shares authorized; 261,119,064 and 260,396,032 shares issued at year-end 2019 and year-end 2018, respectively; 249,572,119 and 248,965,081 shares outstanding at year-end 2019 and year-end 2018, respectively | 2,611 | 2,604 |
| Treasury stock, at cost, 11,546,945 shares and 11,430,951 shares at year-end 2019 and year-end 2018, respectively | (234,892) | (231,994) |
| Additional paid-in capital | 1,955,261 | 1,945,136 |
| Retained earnings | 877,812 | 421,888 |
| Accumulated other comprehensive loss | (75,129) | (127,834) |
| Total Pilgrim's Pride Corporation stockholders' equity | 2,525,663 | 2,009,800 |
| Noncontrolling interest | 10,397 | 9,785 |
| Total stockholders' equity | 2,536,060 | 2,019,585 |
| Total liabilities and stockholders' equity | $ 7,102,364 | $ 5,931,202 |

5

**PILGRIM'S PRIDE CORPORATION**
**CONSOLIDATED AND COMBINED STATEMENTS OF INCOME**
**(Unaudited)**

| | Thirteen Weeks Ended | | Fifty-Two Weeks Ended | |
| --- | --- | --- | --- | --- |
| | December 29, 2019 | December 30, 2018 | December 29, 2019 | December 30, 2018 |
| | (In thousands, except per share data) | | | |
| Net sales | $ 3,063,489 | $ 2,656,789 | $ 11,409,219 | $ 10,937,784 |
| Cost of sales | 2,862,094 | 2,544,941 | 10,338,825 | 10,094,308 |
| Gross profit | 201,395 | 111,848 | 1,070,394 | 843,476 |
| Selling, general and administrative expense | 115,597 | 85,629 | 379,910 | 343,025 |
| Administrative restructuring activities | 6 | 2,584 | (84) | 4,765 |
| Operating income | 85,792 | 23,635 | 690,568 | 495,686 |
| Interest expense, net of capitalized interest | 33,446 | 36,911 | 132,630 | 162,812 |
| Interest income | (2,796) | (3,146) | (14,277) | (13,811) |
| Foreign currency transaction loss (gain) | (1,006) | 19,962 | 6,917 | 17,160 |
| Gain on bargain purchase | (56,880) | - | (56,880) | - |
| Miscellaneous, net | 2,112 | (921) | 4,633 | (2,702) |
| Income before income taxes | 110,916 | (29,171) | 617,545 | 332,227 |
| Income tax expense (benefit) | 18,681 | (20,944) | 161,009 | 85,423 |
| Net income | 92,235 | (8,227) | 456,536 | 246,804 |
| Less: Net income (loss) attributable to noncontrolling interests | 155 | (903) | 612 | (1,141) |
| Net income (loss) attributable to Pilgrim's Pride Corporation | $ 92,080 | $ (7,324) | $ 455,924 | $ 247,945 |
| | | | | |
| **Weighted average shares of common stock outstanding:** | | | | |
| Basic | 249,571 | 248,980 | 249,401 | 248,945 |
| Effect of dilutive common stock equivalents | 278 | 386 | 308 | 204 |
| Diluted | 249,849 | 249,366 | 249,709 | 249,149 |
| | | | | |
| **Net income attributable to Pilgrim's Pride Corporation per share of common stock outstanding:** | | | | |
| Basic | $ 0.37 | $ (0.03) | $ 1.83 | $ 1.00 |
| Diluted | $ 0.37 | $ (0.03) | $ 1.83 | $ 1.00 |

6

**PILGRIM'S PRIDE CORPORATION**
**CONSOLIDATED AND COMBINED STATEMENTS OF CASH FLOWS**

| | | Fifty-Two Weeks Ended | | |
|---|---|---|---|---|
| | | December 29, 2019 | | December 30, 2018 |
| | | (In thousands) | | |
| **Cash flows from operating activities:** | | | | |
| Net income | $ | 456,536 | $ | 246,804 |
| Adjustments to reconcile net income to cash provided by operating activities: | | | | |
| Depreciation and amortization | | 287,230 | | 274,088 |
| Asset impairment | | - | | 3,504 |
| Gain on bargain purchase | | (56,880) | | - |
| Foreign currency transaction losses (gains) related to borrowing arrangements | | (4,970) | | 5,267 |
| Loss on early extinguishment of debt recognized as a component of interest expense | | - | | 15,818 |
| Amortization of bond premium | | (668) | | (668) |
| Accretion of bond discount | | 982 | | 812 |
| Gain on property disposals | | (10,896) | | (1,889) |
| Gain on equity method investments | | (63) | | (63) |
| Share-based compensation | | 10,132 | | 13,153 |
| Deferred income tax expense | | 42,478 | | 32,540 |
| Changes in operating assets and liabilities: | | | | |
| Trade accounts and other receivables | | (25,000) | | (10,918) |
| Inventories | | (111,748) | | 83,174 |
| Prepaid expenses and other current assets | | (15,490) | | (11,612) |
| Accounts payable and accrued expenses | | 119,892 | | 86,834 |
| Income taxes | | (26,378) | | (248,470) |
| Long-term pension and other postretirement obligations | | (9,221) | | (6,751) |
| Other | | 5,764 | | 4,458 |
| Cash provided by operating activities | | 666,521 | | 491,650 |
| **Cash flows from investing activities:** | | | | |
| Acquisitions of property, plant and equipment | | (348,120) | | (348,666) |
| Purchase of acquired business, net of cash acquired | | (384,694) | | - |
| Proceeds from property disposals | | 15,753 | | 9,775 |
| Cash used in investing activities | | (717,061) | | (338,891) |
| **Cash flows from financing activities:** | | | | |
| Proceeds from revolving line of credit and long-term borrowings | | 259,466 | | 748,382 |
| Payments on revolving line of credit, long-term borrowings and capital lease obligations | | (289,917) | | (1,117,009) |
| Proceeds (distribution) from equity contribution under the Tax Sharing Agreement between JBS USA Food Company Holdings and Pilgrim's Pride Corporation | | (525) | | 5,558 |
| Payment on early extinguishment of debt | | - | | (9,781) |
| Capital contributions to subsidiary by noncontrolling stockholders | | - | | 1,421 |
| Payment of capitalized loan costs | | (652) | | (12,581) |
| Purchase of common stock under share repurchase program | | (2,898) | | (236) |
| Cash used in financing activities | | (34,526) | | (384,246) |
| Effect of exchange rate changes on cash and cash equivalents | | 4,065 | | 3,534 |
| Decrease in cash and cash equivalents | | (81,001) | | (227,953) |
| Cash and cash equivalents, beginning of period | | 361,578 | | 589,531 |
| Cash and cash equivalents, end of period | $ | 280,577 | $ | 361,578 |
| **Supplemental Disclosure Information:** | | | | |
| Interest paid (net of amount capitalized) | $ | 130,882 | $ | 154,627 |
| Income taxes paid | | 125,856 | | 253,932 |

**PILGRIM'S PRIDE CORPORATION**

**Selected Financial Information**

**(Unaudited)**

"EBITDA" is defined as the sum of net income (loss) plus interest, taxes, depreciation and amortization. "Adjusted EBITDA" is calculated by adding to EBITDA certain items of expense and deducting from EBITDA certain items of income that we believe are not indicative of our ongoing operating performance consisting of: (1) income (loss) attributable to noncontrolling interests, (2) charges or income from restructuring activities, (3) reorganization items, (4) losses on early extinguishment of debt and (5) foreign currency transaction losses (gains). EBITDA is presented because it is used by management and we believe it is frequently used by securities analysts, investors and other interested parties, in addition to and not in lieu of results prepared in conformity with accounting principles generally accepted in the U.S. ("U.S. GAAP"), to compare the performance of companies. We believe investors would be interested in our Adjusted EBITDA because this is how our management analyzes EBITDA. The Company also believes that Adjusted EBITDA, in combination with the Company's financial results calculated in accordance with U.S. GAAP, provides investors with additional perspective regarding the impact of certain significant items on EBITDA and facilitates a more direct comparison of its performance with its competitors. EBITDA and Adjusted EBITDA are not measurements of financial performance under U.S. GAAP. They should not be considered as an alternative to cash flow from operating activities or as a measure of liquidity or an alternative to net income as indicators of our operating performance or any other measures of performance derived in accordance with U.S. GAAP.

**PILGRIM'S PRIDE CORPORATION**
**Reconciliation of Adjusted EBITDA**

| (Unaudited) | Thirteen Weeks Ended | | Fifty-Two Weeks Ended | |
|---|---|---|---|---|
| | December 29, 2019 | December 30, 2018 | December 29, 2019 | December 30, 2018 |
| | (In thousands) | | | |
| Net income (loss) | $ 92,235 | $ (8,227) | $ 456,536 | $ 246,804 |
| Add: | | | | |
| Interest expense, net | 30,650 | 33,765 | 118,353 | 149,001 |
| Income tax expense (benefit) | 18,681 | (20,944) | 161,009 | 85,423 |
| Depreciation and amortization | 76,849 | 66,975 | 287,230 | 274,088 |
| EBITDA | 218,415 | 71,569 | 1,023,128 | 755,316 |
| Add: | | | | |
| Foreign currency transaction loss (gain) | (1,006) | 19,962 | 6,917 | 17,160 |
| Transaction costs related to acquisitions | 1,239 | - | 1,302 | 320 |
| Restructuring activities loss (gain) | 6 | 2,584 | (84) | 4,765 |
| Other nonrecurring losses | - | 16,023 | - | 19,485 |
| Minus: | | | | |
| Gain on bargain purchase | 56,880 | - | 56,880 | - |
| Net income (loss) attributable to noncontrolling interest | 155 | (903) | 612 | (1,141) |
| Adjusted EBITDA | $ 161,619 | $ 111,041 | $ 973,771 | $ 798,187 |

8

The summary unaudited consolidated income statement data for the twelve months ended December 29, 2019 (the LTM Period) have been calculated by summing each of the unaudited thirteen week periods within the audited fifty-two week period ended December 29, 2019.

**PILGRIM'S PRIDE CORPORATION**

**Reconciliation of LTM Adjusted EBITDA**

| (Unaudited) | Thirteen Weeks Ended | | | | LTM Ended |
| --- | --- | --- | --- | --- | --- |
| | March 31, 2019 | June 30, 2019 | September 29, 2019 | December 29, 2019 | December 29, 2019 |
| | | | (In thousands) | | |
| Net income | $ 84,125 | $ 170,080 | $ 110,096 | $ 92,235 | $ 456,536 |
| Add: | | | | | |
| Interest expense, net | 30,222 | 30,150 | 27,330 | 30,650 | 118,352 |
| Income tax expense | 20,416 | 75,547 | 46,365 | 18,681 | 161,009 |
| Depreciation and amortization | 67,182 | 71,348 | 71,851 | 76,849 | 287,230 |
| EBITDA | 201,945 | 347,125 | 255,642 | 218,415 | 1,023,127 |
| Add: | | | | | |
| Foreign currency transaction loss (gain) | 2,636 | 2,260 | 3,027 | (1,006) | 6,917 |
| Transaction costs related to acquisitions | - | - | 63 | 1,239 | 1,302 |
| Restructuring activities loss (gain) | (27) | (43) | (20) | 6 | (84) |
| Minus: | | | | | |
| Gain on bargain purchase | - | - | - | 56,880 | 56,880 |
| Net income attributable to noncontrolling interest | 114 | 12 | 331 | 155 | 612 |
| Adjusted EBITDA | $ 204,440 | $ 349,330 | $ 258,381 | $ 161,619 | $ 973,770 |

9

**PILGRIM'S PRIDE CORPORATION**

**Reconciliation of EBITDA Margin**

| (Unaudited) | Thirteen Weeks Ended | | Fifty-Two Weeks Ended | | Thirteen Weeks Ended | | Fifty-Two Weeks Ended | |
|---|---|---|---|---|---|---|---|---|
| | Dec 29, 2019 | Dec 30, 2018 | Dec 29, 2019 | Dec 30, 2018 | Dec 29, 2019 | Dec 30, 2018 | Dec 29, 2019 | Dec 30, 2018 |
| | | | | (In thousands, except percent of net sales) | | | | |
| Net income (loss) | $ 92,235 | $ (8,227) | $ 456,536 | $ 246,804 | 3.01% | (0.31)% | 4.00% | 2.26% |
| Add: | | | | | | | | |
| Interest expense, net | 30,650 | 33,765 | 118,353 | 149,001 | 1.00% | 1.27% | 1.04% | 1.36% |
| Income tax expense (benefit) | 18,681 | (20,944) | 161,009 | 85,423 | 0.61% | (0.79)% | 1.41% | 0.78% |
| Depreciation and amortization | 76,849 | 66,975 | 287,230 | 274,088 | 2.51% | 2.52% | 2.52% | 2.51% |
| EBITDA | 218,415 | 71,569 | 1,023,128 | 755,316 | 7.13% | 2.69% | 8.97% | 6.91% |
| Add: | | | | | | | | |
| Foreign currency transaction loss (gain) | (1,006) | 19,962 | 6,917 | 17,160 | (0.03)% | 0.75% | 0.06% | 0.16% |
| Transaction costs related to acquisitions | 1,239 | - | 1,302 | 320 | 0.04% | -% | 0.01% | -% |
| Restructuring activities loss (gain) | 6 | 2,584 | (84) | 4,765 | -% | 0.10% | -% | 0.04% |
| Other nonrecurring losses | - | 16,023 | - | 19,485 | -% | 0.60% | -% | 0.18% |
| Minus: | | | | | | | | |
| Gain on bargain purchase | 56,880 | - | 56,880 | - | 1.86% | -% | 0.50% | -% |
| Net income (loss) attributable to noncontrolling interest | 155 | (903) | 612 | (1,141) | 0.01% | (0.03)% | 0.01% | (0.01)% |
| Adjusted EBITDA | $ 161,619 | $ 111,041 | $ 973,771 | $ 798,187 | 5.28% | 4.18% | 8.53% | 7.30% |
| | | | | | | | | |
| Net sales | $ 3,063,489 | $ 2,656,789 | $11,409,219 | $10,937,784 | | | | |

10

A reconciliation of net income (loss) attributable to Pilgrim's Pride Corporation ("Pilgrim's") per common diluted share to adjusted net income (loss) attributable to Pilgrim's per common diluted share is as follows:

**PILGRIM'S PRIDE CORPORATION**
**Reconciliation of Adjusted Net Income**
**(Unaudited)**

| | Thirteen Weeks Ended | | | | Fifty-Two Weeks Ended | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | December 29, 2019 | | December 30, 2018 | | December 29, 2019 | | December 30, 2018 | |
| | (In thousands, except per share data) | | | | | | | |
| Net income (loss) attributable to Pilgrim's | $ | 92,080 | $ | (7,324) | $ | 455,924 | $ | 247,945 |
| Adjustments, net of tax: | | | | | | | | |
| Loss on early extinguishment of debt | | - | | - | | - | | 12,449 |
| Transaction costs related to acquisitions and restructuring activities net loss | | 920 | | 1,919 | | 900 | | 3,778 |
| Other nonrecurring losses | | - | | 11,903 | | - | | 14,475 |
| Foreign currency transaction loss (gain) | | (744) | | 14,829 | | 5,113 | | 12,748 |
| Gain on bargain purchase | | (56,880) | | - | | (56,880) | | - |
| | $ | 35,376 | $ | 21,327 | $ | 405,057 | $ | 291,395 |
| U.S. Tax Cuts & Jobs Act transition tax | | - | | - | | - | | 26,400 |
| Adjusted net income attributable to Pilgrim's | $ | 35,376 | $ | 21,327 | $ | 405,057 | $ | 317,795 |
| Weighted average diluted shares of common stock outstanding | | 249,849 | | 249,366 | | 249,709 | | 249,149 |
| Adjusted net income attributable to Pilgrim's per common diluted share | $ | 0.14 | $ | 0.09 | $ | 1.62 | $ | 1.28 |

11

A reconciliation of U.S. GAAP to non-U.S. GAAP financial measures. Net income (loss) per share is calculated by dividing the net income (loss) attributable to Pilgrim's Pride Corporation stockholders by the weighted average number of diluted shares.

**PILGRIM'S PRIDE CORPORATION**
**Reconciliation of GAAP EPS to Adjusted EPS**
**(Unaudited)**

| | Thirteen Weeks Ended | | Fifty-Two Weeks Ended | |
| --- | --- | --- | --- | --- |
| | December 29, 2019 | December 30, 2018 | December 29, 2019 | December 30, 2018 |
| | (In thousands, except per share data) | | | |
| U.S. GAAP EPS | $ 0.37 | $ (0.03) | $ 1.83 | $ 1.00 |
| Adjustments, net of tax: | | | | |
| Loss on early extinguishment of debt | - | - | - | 0.05 |
| Transaction costs related to acquisitions and restructuring activities loss (gain) | - | 0.01 | - | 0.02 |
| Other nonrecurring losses | - | 0.05 | - | 0.05 |
| Foreign currency transaction loss (gain) | - | 0.06 | 0.02 | 0.05 |
| Gain on bargain purchase | (0.23) | - | (0.23) | - |
| | 0.14 | 0.09 | 1.62 | 1.17 |
| U.S. Tax Cuts & Jobs Act transition tax | - | - | - | 0.11 |
| Adjusted EPS | $ 0.14 | $ 0.09 | $ 1.62 | $ 1.28 |
| | | | | |
| Weighted average diluted shares of common stock outstanding | 249,849 | 249,366 | 249,709 | 249,149 |

12

**PILGRIM'S PRIDE CORPORATION**
**Supplementary Geographic Data**
**(Unaudited)**

| | Thirteen Weeks Ended | | Fifty-Two Weeks Ended | |
| --- | --- | --- | --- | --- |
| | December 29, 2019 | December 30, 2018 | December 29, 2019 | December 30, 2018 |
| | (In thousands) | | | |
| Sources of net sales by geographic region of origin: | | | | |
| U.S. | $ 1,904,515 | $ 1,820,952 | $ 7,636,716 | $ 7,425,661 |
| Europe | 815,397 | 514,541 | 2,383,793 | 2,148,666 |
| Mexico | 343,577 | 321,296 | 1,388,710 | 1,363,457 |
| Total net sales | $ 3,063,489 | $ 2,656,789 | $ 11,409,219 | $ 10,937,784 |
| | | | | |
| Sources of cost of sales by geographic region of origin: | | | | |
| U.S. | $ 1,779,959 | $ 1,772,730 | $ 6,903,237 | $ 6,909,779 |
| Europe | 759,788 | 476,844 | 2,212,042 | 1,977,838 |
| Mexico | 322,371 | 295,465 | 1,223,642 | 1,206,823 |
| Elimination | (24) | (98) | (96) | (132) |
| Total cost of sales | $ 2,862,094 | $ 2,544,941 | $ 10,338,825 | $ 10,094,308 |
| | | | | |
| Sources of gross profit by geographic region of origin: | | | | |
| U.S. | $ 124,556 | $ 48,222 | $ 733,479 | $ 515,882 |
| Europe | 55,609 | 37,697 | 171,751 | 170,828 |
| Mexico | 21,206 | 25,831 | 165,068 | 156,634 |
| Elimination | 24 | 98 | 96 | 132 |
| Total gross profit | $ 201,395 | $ 111,848 | $ 1,070,394 | $ 843,476 |
| | | | | |
| Sources of operating income by geographic region of origin: | | | | |
| U.S. | $ 60,307 | $ (9,579) | $ 487,275 | $ 291,381 |
| Europe | 16,949 | 15,979 | 79,182 | 84,524 |
| Mexico | 8,512 | 17,137 | 124,015 | 119,649 |
| Elimination | 24 | 98 | 96 | 132 |
| Total operating income | $ 85,792 | $ 23,635 | $ 690,568 | $ 495,686 |

13