## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-01966-RM-MEH

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION LOCAL
464A, THE TRUSTEES OF WELFARE AND PENSION FUNDS OF LOCAL 464A –
PENSION FUND, THE TRUSTEES OF RETIREMENT PLAN FOR OFFICERS,
BUSINESS REPRESENTATIVES AND OFFICE EMPLOYEES OF LOCAL 464A,
THE TRUSTEES OF LOCAL 464A FINAST FULL TIME EMPLOYEES PENSION PLAN,
THE TRUSTEES OF LOCAL 464A WELFARE AND PENSION BUILDING INC., and
THE TRUSTEES OF NEW YORK-NEW JERSEY AMALGAMATED PENSION PLAN
FOR ACME EMPLOYEES, Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

v.

PILGRIM'S PRIDE CORPORATION, JAYSON J. PENN,
WILLIAM W. LOVETTE, and FABIO SANDRI,

        Defendants.

---

**Declaration of Caroline Zalka In Support of Defendants' Motion to Dismiss Plaintiff's
Amended Class Action Complaint**

---

I, Caroline Zalka, declare the following under penalty of perjury, this 19th day of July,

2021:

1. I am an attorney duly admitted to practice before this Court and a partner at the law

firm Weil, Gotshal & Manges LLP, counsel of record for Defendants Pilgrim's Pride

Corporation and Fabio Sandri ("Defendants"). I submit this Declaration in support of

Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint (the "Motion").

2. True and correct copies of the following documents cited in the Motion are attached

as Exhibits 1 through 23:

EXHIBIT     DESCRIPTION

1.    Pilgrim's Pride Co., Annual Report on Form 10-K for the fiscal year ended December 29, 2019 dated February 21, 2020 (excerpted)

2.    Pilgrim's Pride Co., Annual Report on Form 10-K for the fiscal year ended December 30, 2012 dated February 15, 2013 (excerpted)

3.    Pilgrim's Pride Co., Annual Report on Form 10-K for the fiscal year ended December 29, 2013 dated February 21, 2014 (excerpted)

4.    Pilgrim's Pride Co., Annual Report on Form 10-K for the fiscal year ended December 28, 2014 dated February 12, 2015 (excerpted)

5.    Pilgrim's Pride Co., Annual Report on Form 10-K for the fiscal year ended December 27, 2015 dated February 12, 2016 (excerpted)

6.    Pilgrim's Pride Co., Annual Report on Form 10-K for the fiscal year ended December 25, 2016 dated February 9, 2017 (excerpted)

7.    Pilgrim's Pride Co., Annual Report on Form 10-K for the fiscal year ended December 31, 2017 dated February 16, 2018 (excerpted)

8.    Indictment, *United States v. Jayson Penn*, No. 20-CR-00152-PAB (D. Colo. Jun. 2, 2020), ECF No. 1

9.    Superseding Indictment, *United States v. Jayson Penn*, No. 20-CR-00152-PAB (D. Colo. Oct. 6, 2020), ECF No. 101

10.   Pilgrim's Pride Co., Press Release attached as Exhibit 99.1 to Current Report on Form 8-K dated October 14, 2020

11.   Plea Agreement, *United States v. Pilgrim's Pride Co.*, No. 1:20-CR-00330-RM (D. Colo. Feb. 23, 2021), ECF No. 58

12.   Reuters Staff, *U.S. indicts six chicken industry officials over alleged price fixing –WSJ*, REUTERS (Oct. 7, 2020 at 12:08 PM), https://www.reuters.com/article/usa-poultry-charges/u-s-indicts-six-chicken-industry-officials-over-alleged-price-fixing-wsj-idINL1N2GY11L

13.   Pilgrim's Pride Co. October 6-14, 2020 NASDAQ Historical Stock Price Data, YAHOO! FINANCE

14.   Reuters Staff, *Pilgrim's Pride strikes plea deal over U.S. chicken price-fixing charges*, REUTERS (Oct. 14, 2020 at 12:44 AM), https://www.reuters.com/article/us-usa-pilgrims-pride-charges-idINKBN26Z0H0

EXHIBIT    DESCRIPTION

15.    Pilgrim's Pride Co., Annual Report on Form 10-K for the fiscal year ended December 30, 2018 dated February 14, 2019 (excerpted)

16.    Katie Little, *Lawsuit Alleges There's Been a Chicken Price Conspiracy*, CNBC (Sept. 6, 2016), https://www.cnbc.com/2016/09/06/lawsuit-alleges-theres-been-a-chicken-price-conspiracy.html

17.    Jacob Bunge, *Justice Department Investigates Chicken Industry*, WALL ST. J. (June 25, 2019), https://www.wsj.com/articles/justice-department-investigates-chicken-industry-11561495088

18.    David Yaffe-Bellany, *Why Chicken Producers Are Under Investigation for Price Fixing*, N.Y. TIMES (June 25, 2019), https://www.nytimes.com/2019/06/25/business/chicken-price-fixing.html

19.    Rachel Sandler, *Justice Department Investigates Chicken Industry for Price Collusion*, FORBES (June 25, 2019), https://www.forbes.com/sites/rachelsandler/2019/06/25/justice-department-investigates-chicken-industry-for-price-collusion/?sh=5f9c23db3849

20.    Reuters Staff, *U.S. Launches Criminal Probe into Alleged Chicken Price Fixing by Tyson, Rivals*, REUTERS (June 25, 2019), https://www.reuters.com/article/us-usa-poultry-probe/u-s-launches-criminal-probe-into-alleged-chicken-price-fixing-by-tyson-rivals-idUSKCN1TQ2QO

21.    Pilgrim's Pride Co., Statement of Changes of Beneficial Ownership of Securities (Form 4) (Aug. 6, 2014); Pilgrim's Pride Co., Statement of Changes of Beneficial Ownership of Securities (Form 4) (Feb. 20, 2015); Pilgrim's Pride Co., Statement of Changes of Beneficial Ownership of Securities (Form 4) (Feb. 23, 2015); Pilgrim's Pride Co., Statement of Changes of Beneficial Ownership of Securities (Form 4) (Feb. 17, 2017); Pilgrim's Pride Co., Statement of Changes of Beneficial Ownership of Securities (Form 4) (Aug. 6, 2019)

22.    Pilgrim's Pride Co., Current Report on Form 8-K dated June 9, 2020

23.    Complaint, *Voellinger v. Tyson Foods, Inc.*, No. 16-CV-05340 (W. D. Ark. Nov. 28, 2016), ECF No. 1

Dated: New York, New York
        July 19, 2021

                                    *s/ Caroline H. Zalka*
                                    Caroline H. Zalka

3