# EXHIBIT 12

 **REUTERS**     **World**     **Business**     **Markets**     **Breakingviews**     **Video**     **More**

COMPANY NEWS

OCTOBER 7, 2020 / 12:08 PM / UPDATED 9 MONTHS AGO

# U.S. indicts six chicken industry officials over alleged price fixing -WSJ

By Reuters Staff

WASHINGTON, Oct 7 (Reuters) - The U.S. government expanded its antitrust prosecutions amid its probe of the $65 billion poultry industry, indicting six more chicken-industry officials over alleged price-fixing, the Wall Street Journal reported on Wednesday, citing court documents. (Writing by Susan Heavey)

*Our Standards: The Thomson Reuters Trust Principles.*

Apps     Newsletters     Advertise with Us     Advertising Guidelines     Cookies     Terms of Use     Privacy
Do Not Sell My Personal Information



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2021 Reuters. All Rights Reserved.