# EXHIBIT 13

7/16/2021

Finance Home    Watchlists    My Portfolio    Screeners    Yahoo Finance Plus 🗗    Markets    News

⋯  y!finance⁺    Try it free

**Pilgrim's Pride Corporation (PPC)**
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist    👥 Visitors trend  2W ↑  10W ↑  9M ↑

**21.11**  -0.37 (-1.72%)
At close: 4:00PM EDT

Quote Lookup

Summary    Company Outlook ⊕    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

Time Period: Oct 05, 2020 - Oct 13, 2021 ⌄     Show: Historical Prices ⌄     Frequency: Daily ⌄

Apply

Currency in USD                                               ⤓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Oct 14, 2020 | 16.20 | 16.77 | 16.15 | 16.57 | 16.57 | 2,010,900 |
| Oct 13, 2020 | 15.73 | 15.91 | 15.63 | 15.68 | 15.68 | 943,700 |
| Oct 12, 2020 | 15.41 | 15.98 | 15.26 | 15.80 | 15.80 | 1,030,400 |
| Oct 09, 2020 | 15.89 | 15.95 | 15.37 | 15.38 | 15.38 | 671,900 |
| Oct 08, 2020 | 16.01 | 16.13 | 15.69 | 15.72 | 15.72 | 632,000 |
| Oct 07, 2020 | 15.74 | 16.01 | 15.56 | 15.96 | 15.96 | 987,800 |
| Oct 06, 2020 | 15.55 | 15.87 | 15.45 | 15.53 | 15.53 | 864,600 |

**People Also Watch**

| Symbol | | % Change |
|--------|--|----------|
| **SAFM** Sanderson Farms, Inc. | | -0.72% |
| **LW** Lamb Weston Holdings, Inc. | | -1.27% |
| **POST** Post Holdings, Inc. | | -0.80% |
| **INGR** Ingredion Incorporated | | -1.11% |
| **NOMD** Nomad Foods Limited | +0.02 | +0.07% |

AdChoices ▷

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.