# EXHIBIT 16

7/2/2021                    Lawsuit alleges there's been a chicken price conspiracy

## LAWSUITS

# Lawsuit alleges there's been a chicken price conspiracy

PUBLISHED TUE, SEP 6 2016 4:55 PM EDT



**Katie Little**
@PUB/KATIE-LITTLE/38/7B/901
@KATIE.LITTLE.587
@KATIELITTLE

SHARE



*Oleksandr Rupeta | NurPhoto | Getty Images*

[Sanderson Farms](#), along with 13 other poultry producers and affiliated companies, has been hit with a lawsuit alleging price fixing, it said in a Tuesday filing to the SEC.

The suit filed on Sept. 2 in the United States District Court for the Northern District of Illinois alleges the defendants "conspired to unlawfully fix, raise, maintain and stabilize the price of broiler chickens by coordinating and limiting their production capacity." It also claims the defendants "fraudulently concealed such anticompetitive conduct in furtherance of the conspiracy."

[Tyson Foods](#) and [Pilgrim's Pride](#) are also named in the lawsuit.

Sanderson Farms said it plans to defend itself against the suit "vigorously."