# EXHIBIT 17

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/justice-department-investigates-chicken-industry-11561495088

BUSINESS

# Justice Department Investigates Chicken Industry

Retailers, restaurants say producers including Tyson, Pilgrim's colluded to boost prices; meat companies deny claims



Justice Department lawyers are seeking a six-month halt in evidence collection in a civil lawsuit against chicken processors while a grand-jury investigation proceeds.
PHOTO: DANIEL ACKER/BLOOMBERG NEWS

*By* *Jacob Bunge*
Updated June 25, 2019 7:25 pm ET

The U.S. Justice Department has launched a criminal investigation into allegations that top poultry processors colluded to keep prices artificially high.

The probe came to light after federal attorneys sought to intervene in a long-running lawsuit in which customers accused chicken processors, including Tyson Foods Inc., Pilgrim's Pride Corp. , Sanderson Farms Inc.  SAFM **0.46%** ▲ and Perdue Farms Inc., of illegally cooperating. The processors have denied the accusations.

The government asked a federal judge in Illinois to halt evidence-collection in the suit for six months to protect a grand jury investigation into the matter, lawyers from the department wrote in a motion filed Friday in Chicago. A ruling is expected Thursday.

Shares of Tyson fell 1.1% on Tuesday, while Pilgrim's Pride declined 1.3% and Sanderson fell 2.2%.

Collusion allegations have pitted retailers and food distributors that are some of the country's biggest chicken buyers against a $65 billion U.S. poultry industry that last year produced 42.6 billion pounds of chicken meat.

Plaintiffs ranging from independent restaurateurs to Walmart Inc. and food distributors such as Sysco Corp. have sued chicken companies over the last three years, alleging they improperly shared data and influenced meat-industry benchmarks to push up chicken-meat prices.

Meat companies have denied claims that they cooperated to boost prices, attributing higher prices to stronger demand and reduced production after a tough period for the U.S. poultry industry in the late 2000s.

Wholesale prices for whole chickens are down about 2% so far this year but are up 17% from mid-2012, when the U.S. Department of Agriculture began estimating national prices.

**NEWSLETTER SIGN-UP**

# Notes on the News

Today's headlines, news in context, and good reads you may have missed, with Tyler Blint-Welsh.

PREVIEW                                                                SUBSCRIBE

More broadly, prices for chicken, pork and beef products have fallen over the past five years as low grain prices helped the U.S. meat industry push production to record levels, and new plants boosted processing capacity. Mexico and China levied tariffs on U.S. pork and chicken products last year, helping swell domestic stockpiles to a record 2.6 billion pounds, according to the U.S. Department of Agriculture.

Restaurants and retailers now face the prospect of higher prices. Outbreaks of African swine fever in China—home to half the world's hogs—and other Asian countries have

dented global meat production and are likely to raise prices for meat overall as China increases imports, food industry executives have said.

The Justice Department's involvement was previously disclosed by Tyson and Sanderson, which said in regulatory filings last month that the agency's lawyers had subpoenaed evidence gathered by plaintiffs in the litigation. The Justice Department's court filing was previously reported by the Food and Environment Reporting Network.

A spokesman for Pilgrim's said the company didn't engage in anticompetitive conduct and that it plans to defend itself. A Sanderson spokesman said the company was committed to defending itself against the charges, adding that Sanderson hasn't been subpoenaed by the Justice Department in the matter.

A Perdue spokeswoman declined to comment. A Tyson spokesman said the company didn't collude with competitors and that it would continue to defend against the charges.

W. Joseph Bruckner, a partner at Lockridge Grindal Nauen PLLP, which is representing plaintiffs in the litigation, declined to comment on the Justice Department's request.

The Justice Department's involvement means that even if chicken companies opt to settle the civil lawsuits, the government still could bring criminal charges or injunctions, said Scott Hemphill, a law professor at New York University.

"They have to think there's something they bring to the table that private plaintiffs would not, in terms of deterrents," Mr. Hemphill said.

Allegations of price-fixing and collusion in the U.S. chicken industry surfaced in 2016 when chicken buyers filed a lawsuit alleging that poultry processors had worked together to curb meat supplies by coordinating the productivity of their breeding flocks and keeping tabs on competitors' activity through an industry information service called Agri Stats Inc.

The service publishes operational data reported by chicken companies. Though specific plants aren't identified, the plaintiffs said chicken executives could use it to identify important details about rivals' poultry supplies and make similar adjustments. Representatives for Agri Stats had no immediate comment.

Restaurant-supply companies and grocers also accused meat companies of manipulating prices via the Georgia Dock index, an industry benchmark maintained by the Georgia

Department of Agriculture that formulated per-pound pricing estimates based on data supplied by chicken processors.

Some plaintiffs, including food distributors Sysco and US Foods Holding Corp. , said they relied on the Georgia Dock to price the chicken they bought from meat companies.

Executives of chicken companies denied manipulating that benchmark, and said it wasn't widely used as a basis for sales to customers.

The Georgia Dock index pegged prices for whole chickens about 32% higher on average than similar benchmarks throughout 2016, including one maintained by the USDA. Georgia agriculture officials suspended the index late that year after some poultry companies declined to provide documents attesting to the accuracy of the data they submitted.

**Write to** Jacob Bunge at jacob.bunge@wsj.com

*Appeared in the June 26, 2019, print edition as '.'*

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.