# EXHIBIT 19

Jun 25, 2019,07:20pm EDT   |   4,156 views

# Justice Department Investigates Chicken Industry For Price Collusion



**Rachel Sandler** Forbes Staff

Business

*I cover the world's richest.*



Follow

🕐 **This article is more than 2 years old.**



Since 2016, the poultry industry has faced several lawsuits from restaurants, grocery stores and ... [+]   RAMIN TALAIE/CORBIS VIA GETTY IMAGES

**Topline**: The Department of Justice has launched a criminal investigation into the largest chicken processors for colluding to keep prices artificially high, a charge that has for years followed the industry but has never resulted in criminal charges before.

- In a filing last week, the DOJ said it needed to halt the exchange of evidence leading up to a civil trial in Illinois because the agency doesn't want it interfering with its own grand jury investigation. The court filing was first reported by the *Food Environment Reporting Network*.

- Perdue Farms, Tyson Foods, Pilgrim's Pride, Sanderson Farms, Peco Foods, Wayne Farms, Koch Foods, Mountaire Farms and House of Raeford Farms are the poultry producers being sued in that separate civil suit. But based on the filing alone, it is unclear which companies are being investigated.

- Over the last three years, the industry has weathered several civil lawsuits from restaurants, food distributors, grocery stores and retailers that purchase chicken.

- BJ's Wholesale Club, fast food chain Checkers, Kraft Heinz, Nestle, Sysco, Publix, Kroger and Walmart are among the parties that claim in civil suits that chicken companies coordinate with each other to limit production in order to increase prices.

MORE FOR YOU

**Sprinter Sha'Carri Richardson Tests Positive For Marijuana, Set To Miss Olympics 100m Event**

**Trump Demands Identity Of Officer Who Shot Capitol Rioter Ashli Babbitt Despite DOJ 'Self-Defense' Finding**

**37 House Democrats Demand McCarthy Take 'Immediate Action' On Marjorie Taylor Greene**

A Tyson Foods spokesman said the company is aware of the DOJ action and called the allegations baseless. In a statement, Sanderson Farms said it has not been subpoenaed by the DOJ and that the claims were without merit.

A Pilgrim's Pride spokesperson denied the allegations and welcomes the opportunity to defend itself.

Perdue Farms, Peco Foods, Wayne Farms, Koch Foods, Mountaire and House of Raeford Farms did not immediately respond to a request for comment from *Forbes*.

The Justice Department did not immediately respond to a request for comment from *Forbes*.

**What We Don't Know**: The criminal investigation is ongoing, and we don't know if the end result will be criminal charges or a settlement.

*Follow me on* Twitter. *Send me a secure* tip.

 **Rachel Sandler**

Follow

I'm a San Francisco-based reporter covering wealth at Forbes. Follow me on Twitter @rachsandl or shoot me an email rsandler@forbes.com.