# EXHIBIT 22

# UNITED STATES

## SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

# FORM   8-K

## CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of report (Date of earliest event reported): June 3, 2020**

# PILGRIM'S PRIDE CORPORATION

(Exact Name of registrant as specified in its charter)

| **Delaware** | **1-9273** | **75-1285071** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (IRS Employer Identification No.) |

| **1770 Promontory Circle** | **80634-9038** |
|---|---|
| **Greeley CO** | (Zip Code) |
| (Address of principal executive offices) | |

Registrant's telephone number, including area code: **(970) 506-8000**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol | Name of Exchange on Which Registered |
|---|---|---|
| **Common Stock, Par Value $0.01** | **PPC** | **The Nasdaq Stock Market LLC** |

**Not Applicable**

(Former name or former address, if changed since last report.)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company          ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 8.01. Other Events.**

On June 3, 2020, Pilgrim's Pride Corporation ("the Company") learned of an indictment by a Grand Jury in the United States District Court for the District of Colorado against the current Chief Executive Officer and President of the Company, Jayson Penn, two former employees of the Company, and an employee of a different company. The indictment alleges that they had allegedly entered into and engaged in a conspiracy to suppress and eliminate competition by rigging bids and fixing prices and other price-related terms for broiler chicken products sold in the United States, in violation of Section 1 of the Sherman Act, 15 U.S.C. Section 1. On June 4, 2020, the Company learned that Mr. Penn pleaded not guilty to the charges.

The Company continues to cooperate with the Department of Justice in connection with the ongoing federal antitrust investigation into alleged price fixing and other anticompetitive conduct in the broiler chicken industry. The Company's Board of Directors held a meeting on June 4, 2020 to discuss this matter at length and is closely monitoring and evaluating developments. As a food supplier in a critical infrastructure during the ongoing COVID-19 pandemic, the Company remains focused on the health and safety of its employees, as well as maintaining the continuity of its operations, to provide an uninterrupted supply of its food products to the Company's customers.

**Item 9.01 Financial Statements and Exhibits.**

Exhibit 104 Cover Page Interactive Data File formatted in iXBRL

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

PILGRIM'S PRIDE CORPORATION

Date:    June 8, 2020

/s/ Fabio Sandri

Fabio Sandri

Chief Financial Officer