## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-01966-RM-MEH

UNITED FOOD AND COMMERCIAL
WORKERS INTERNATIONAL UNION
LOCAL 464A, THE TRUSTEES OF
WELFARE AND PENSION FUNDS OF
LOCAL 464A – PENSION FUND, THE
TRUSTEES OF RETIREMENT PLAN
FOR OFFICERS, BUSINESS
REPRESENTATIVES AND OFFICE
EMPLOYEES OF LOCAL 464A, THE
TRUSTEES OF LOCAL 464A FINAST
FULL TIME EMPLOYEES PENSION
PLAN, THE TRUSTEES OF LOCAL
464A WELFARE AND PENSION
BUILDING INC., and THE TRUSTEES
OF NEW YORK-NEW JERSEY
AMALGAMATED PENSION PLAN FOR
ACME EMPLOYEES, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PILGRIM'S PRIDE CORPORATION,
JAYSON J. PENN, WILLIAM W.
LOVETTE, and FABIO SANDRI,

       Defendants.

---

**DECLARATION OF JOHN A. FAGG, JR. IN SUPPORT OF WILLIAM W. LOVETTE'S
MOTION TO DISMISS LEAD PLAINTIFF'S CONSOLIDATED AMENDED CLASS
ACTION COMPLAINT**

---

Pursuant to 28 U.S.C. § 1746, I, John A. Fagg, Jr., make the following declaration under

penalty of perjury of the laws of the United States:

1.      I am a partner at the law firm Moore & Van Allen, PLLC, located at 100 N. Tryon St., Suite 4700, Charlotte, North Carolina, 28202.

2.      Exhibit A is an accurate copy of Pilgrim's Pride Corporation's <u>Official notification to shareholders of matters to be brought to a vote ("Proxy")</u> filed on April 5, 2019.

3.      Exhibit B is an accurate copy of Pilgrim's Pride Corporation's <u>Official notification to shareholders of matters to be brought to a vote ("Proxy")</u> filed on March 27, 2020.

4.      Exhibit C is an accurate copy of Pilgrim's Pride Corporation's <u>Official notification to shareholders of matters to be brought to a vote ("Proxy")</u> filed on March 31, 2017.

5.      Exhibit D is an accurate copy of Pilgrim's Pride Corporation's <u>Official notification to shareholders of matters to be brought to a vote ("Proxy")</u> filed on April 1, 2015.

6.      Exhibit E is an accurate copy of William W. Lovette's <u>Statement of Changes in Beneficial Ownership</u> filed on November 5, 2014.

7.      Exhibit F is an accurate copy of William W. Lovette's <u>Statement of Changes in Beneficial Ownership</u> filed on February 20, 2015.

8.      Exhibit G is an accurate copy of William W. Lovette's <u>Statement of Changes in Beneficial Ownership</u> filed on February 22, 2017.

9.      Exhibit H is an accurate copy of William W. Lovette's <u>Statement of Changes in Beneficial Ownership</u> filed on February 27, 2018.

10.     Exhibit I is an accurate copy of William W. Lovette's <u>Statement of Changes in Beneficial Ownership</u> filed on February 20, 2019.

11.     Exhibit J is an accurate copy of William W. Lovette's <u>Annual Statement of Changes in Beneficial Ownership</u> filed on March 26, 2020.

Respectfully submitted this 19th day of July, 2021.

s/ John A. Fagg, Jr.
John A. Fagg, Jr.
Mark A. Nebrig
Nicole E. Schiavo
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-1000
johnfagg@mvalaw.com
marknebrig@mvalaw.com
nicoleschiavo@mvalaw.com

*Attorneys for Defendant William W. Lovette*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2021, I electronically filed the foregoing
DECLARATION with the Clerk of the Court using the CM/ECF system which will send
notification of such filing to all listed parties.


<u>*s/ John A. Fagg, Jr.*</u>
John A. Fagg, Jr