# EXHIBIT J

SEC Form 5

# FORM 5

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

### ANNUAL STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0362 |
| Estimated average burden hours per response: | 1.0 |

[X] Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

[ ] Form 3 Holdings Reported.

[X] Form 4 Transactions Reported.

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| 1. Name and Address of Reporting Person[*] | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| Lovette William W | PILGRIMS PRIDE CORP [ PPC ] | X Director    10% Owner |
| (Last)  (First)  (Middle) | | X Officer (give title below)    Other (specify below) |
| 1770 PROMONTORY CIRCLE | 3. Statement for Issuer's Fiscal Year Ended (Month/Day/Year) 12/29/2019 | CEO and President |
| (Street) | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) |
| GREELEY    CO    80634 | | X Form filed by One Reporting Person |
| (City)  (State)  (Zip) | | Form filed by More than One Reporting Person |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned at end of Issuer's Fiscal Year (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Amount | (A) or (D) | Price | | | |
| Common Stock, par value $0.01 per share | 03/01/2018 | | A4 | 38,236[1] | A | $0 | 530,464 | D | |
| Common Stock, par value $0.01 per share | 02/13/2019 | | A4 | 29,708[2] | A | $0 | 560,172 | D | |
| Common Stock, par value $0.01 per share | 03/22/2019 | | S4 | 29,708[3] | D | $0 | 530,464 | D | |
| Common Stock, par value $0.01 per share | 03/22/2019 | | S4 | 25,490[3] | D | $0 | 504,974 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. Represents restricted stock units vesting ratably over three years on 12/31/2018, 12/31/2019, and 12/31/2020. Each restricted stock unit represents a contingent right to receive one share of PPC common stock.

2. Represents shares earned pursuant to performance-based restricted stock units on February 13, 2019 (the date that the compensation committee certified satisfaction of the underlying performance metrics), vesting ratably over three years on 12/31/2019, 12/31/2020, and 12/31/2021. Each restricted stock unit represents a contingent right to receive one share of PPC common stock.

3. Represents forfeiture of unvested restricted stock units upon retirement of the reporting person, effective March 31, 2019.

**Remarks:**

/s/ William W. Lovette    03/26/2020

\*\* Signature of Reporting Person    Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

\* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

\*\* Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**