IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

No. 1:20-CV-01966-RM-MEH

UNITED FOOD AND COMMERCIAL WORKERS
INTERNATIONAL UNION LOCAL 464A,
THE TRUSTEES OF WELFARE AND PENSION FUNDS OF
LOCAL 464A – PENSION FUND,
THE TRUSTEES OF RETIREMENT PLAN FOR OFFICERS,
BUSINESS REPRESENTATIVES AND OFFICE
EMPLOYEES OF LOCAL 464A,
THE TRUSTEES OF LOCAL 464A FINAST FULL TIME
EMPLOYEES PENSION PLAN,
THE TRUSTEES OF LOCAL 464A WELFARE AND PENSION
BUILDING INC., and
THE TRUSTEES OF NEW YORK-NEW JERSEY
AMALGAMATED PENSION PLAN FOR ACME
EMPLOYEES, Individually and on Behalf of All Others
Similarly Situated,

        Plaintiffs,

    v.

PILGRIM'S PRIDE CORPORATION,
JAYSON J. PENN,
WILLIAM W. LOVETTE, and
FABIO SANDRI,

        Defendants.

---

**DEFENDANT JAYSON PENN'S UNOPPOSED MOTION FOR LEAVE TO INCORPORATE BY REFERENCE DEFENDANTS' REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS**

---

Defendant Jayson Penn respectfully moves for leave to incorporate by reference the

Replies in Support of the Motion to Dismiss the First Amended Complaint by Defendants

Pilgrim's Pride Corporation and Fabio Sandri and by Defendant William Lovette ("Co-

1

Defendants") into Penn's own Reply in Support of his Motion to Dismiss the First Amended Complaint. Penn intends to brief only the issues unique to his own Reply.  Provided this Motion is granted, Penn anticipates his individual brief will not exceed 15 pages.

Granting leave to incorporate the Co-Defendants' reply briefs will promote judicial efficiency by reducing the need for duplicative or redundant briefing on overlapping legal issues. In the alternative, if Penn is not granted leave to incorporate the Co-Defendants' reply briefs in his, Penn requests an extension of his page limit to 20 pages so that he may fully address all arguments in his individual reply brief.

Pursuant to D.C. Colo. L. Civ. R. 7.1(A), counsel for all parties have met and conferred concerning this motion. Plaintiff's counsel has indicated that they will not oppose Penn's joinder in the Co-Defendants' replies or Penn's alternative request for a page extension.

Respectfully submitted this 28th day of September, 2021.

Respectfully submitted,

*s/ Seth Aronson*

Seth Aronson
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407
saronson@omm.com

Amy S. Park
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025-7019
Telephone:   (650) 473-2600
Facsimile:    (650) 473-2601
apark@omm.com

Christopher P. Burke
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:   (212) 326-2000
Facsimile:    (212) 326-2061
cburke@omm.com

Jacqueline V. Roeder
Chad D. Williams
Davis Graham & Stubbs LLP
1550 17th St Ste 500
Denver, CO 80202
Telephone:    (303) 892-9400
Facsimile:     (303) 893-1379

*Attorneys for Defendant Jayson Penn*

3

## CERTIFICATE OF SERVICE

I certify that on this 28th day of September, 2021, a true and correct copy of the foregoing **DEFENDANT JAYSON PENN'S UNOPPOSED MOTION FOR LEAVE TO INCORPORATE BY REFERENCE DEFENDANTS' REPLIES IN SUPPORT OF DEFENDANTS' MOTIONS TO DISMISS** was filed with the Court and served electronically using the CM/ECF system which will send notification of such filing to all listed parties.

_s/ Christopher Burke_
Christopher P. Burke

4