## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-01966

UNITED FOOD AND COMMERCIAL
WORKERS INTERNATIONAL UNION
LOCAL 464A, THE TRUSTEES OF
WELFARE AND PENSION FUNDS OF
LOCAL 464A – PENSION FUND, THE
TRUSTEES OF RETIREMENT PLAN
FOR OFFICERS, BUSINESS
REPRESENTATIVES AND OFFICE
EMPLOYEES OF LOCAL 464A, THE
TRUSTEES OF LOCAL 464A FINAST
FULL TIME EMPLOYEES PENSION
PLAN, THE TRUSTEES OF LOCAL
464A WELFARE AND PENSION
BUILDING INC., and THE TRUSTEES
OF NEW YORK-NEW JERSEY
AMALGAMATED PENSION PLAN FOR
ACME EMPLOYEES, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiffs,

v.

PILGRIM'S PRIDE CORPORATION,
JAYSON J. PENN, WILLIAM W.
LOVETTE, and FABIO SANDRI,

       Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO INCORPORATE BY REFERENCE CO-DEFENDANTS' REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS THE AMENDED COMPLAINT**

---

Defendant William W. Lovette respectfully submits this Unopposed Motion for Leave To Incorporate By Reference his Co-Defendants' Replies in Support of Their Motions To Dismiss The Amended Complaint (the "Motion"). In hopes of eliminating repetitive content on overlapping legal issues and thereby making the briefing more efficient for both the Court and Plaintiff, Mr. Lovette asks this Court to grant leave for him to incorporate the reply briefs that will be filed by Pilgrim's Pride Corporation and Jayson Penn. In accordance with this Court's rules, Mr. Lovette's individual brief will not exceed 15 pages (not including the certificate of service).

In the alternative, if Mr. Lovette is not granted leave to incorporate by reference his Co-Defendants' reply briefs, Mr. Lovette requests an extension of his page limit to 20 pages so that he may fully address all arguments in his individual reply brief.

Pursuant to D.C. Colo. L. Civ. R. 7.1(A), counsel for all parties have met and conferred concerning this motion. Plaintiff's counsel does not oppose Mr. Lovette's motion or Mr. Lovette's alternative request for a page extension.

Respectfully submitted this 29th day of September, 2021.

*s/ John A. Fagg, Jr.*
John A. Fagg, Jr.
Mark A. Nebrig
MOORE & VAN ALLEN PLLC
100 North Tryon Street, Suite 4700
Charlotte, NC 28202
(704) 331-1000
johnfagg@mvalaw.com
marknebrig@mvalaw.com

*Attorneys for Defendant William W. Lovette*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September 2021, I electronically filed the foregoing UNOPPOSED MOTION FOR LEAVE TO INCORPORATE BY REFERENCE CO-DEFENDANTS' REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS THE AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all listed parties.

/s/ *John A. Fagg, Jr.*
John A. Fagg, Jr.

3