IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-01966-RM-MEH

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION LOCAL
464A, THE TRUSTEES OF WELFARE AND PENSION FUNDS OF LOCAL 464A –
PENSION FUND, THE TRUSTEES OF RETIREMENT PLAN FOR OFFICERS,
BUSINESS REPRESENTATIVES AND OFFICE EMPLOYEES OF LOCAL 464A,
THE TRUSTEES OF LOCAL 464A FINAST FULL TIME EMPLOYEES PENSION PLAN,
THE TRUSTEES OF LOCAL 464A WELFARE AND PENSION BUILDING INC., and
THE TRUSTEES OF NEW YORK-NEW JERSEY AMALGAMATED PENSION PLAN
FOR ACME EMPLOYEES, Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

v.

PILGRIM'S PRIDE CORPORATION, JAYSON J. PENN,
WILLIAM W. LOVETTE, and FABIO SANDRI,

        Defendants.

---

**Supplemental Declaration of Caroline Zalka In Further Support of Defendants Pilgrim's
Pride Corporation and Fabio Sandri's Motion to Dismiss Plaintiff's Amended Class Action
Complaint**

---

       I, Caroline Zalka, declare the following under penalty of perjury, this 30th day of September, 2021:

       1.  I am an attorney duly admitted to practice before this Court and a partner at the law firm Weil, Gotshal & Manges LLP, counsel of record for Defendants Pilgrim's Pride Corporation and Fabio Sandri ("Defendants"). I submit this Supplemental Declaration In Further Support of Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint.

2.   True and correct copies of the following documents cited in Defendants' Reply  are

attached as Exhibits 1 through 5:

EXHIBIT    DESCRIPTION

1.    Pilgrim's Pride Co., Annual Report on Form 10-K for the fiscal year ended
December 31, 2017 dated February 16, 2018 (excerpted)

2.    Pilgrim's Pride Co., Annual Report on Form 10-K for the fiscal year ended
December 30, 2018 dated February 14, 2019 (excerpted)

3.    Pilgrim's Pride Co., Annual Report on Form 10-K for the fiscal year ended
December 29, 2019 dated February 21, 2020 (excerpted)

4.    Pilgrim's Pride Co., Annual Report on Form 10-K for the fiscal year ended
December 27, 2020 dated February 11, 2021 (excerpted)

5.    Pilgrim's Pride Co., Statement of Changes of Beneficial Ownership of Securities
(Form 4) (Mar. 5, 2012); Pilgrim's Pride Co., Statement of Changes of Beneficial
Ownership of Securities (Form 4) (Aug. 28, 2012); Pilgrim's Pride Co.,
Statement of Changes of Beneficial Ownership of Securities (Form 4) (Mar. 25,
2014); Pilgrim's Pride Co., Statement of Changes of Beneficial Ownership of
Securities (Form 4) (Mar. 25, 2014); Pilgrim's Pride Co., Statement of Changes
of Beneficial Ownership of Securities (Form 4) (Jan. 5, 2015); Pilgrim's Pride
Co., Statement of Changes of Beneficial Ownership of Securities (Form 4) (Mar.
9, 2017); Pilgrim's Pride Co., Statement of Changes of Beneficial Ownership of
Securities (Form 4) (Feb. 21, 2017); Pilgrim's Pride Co., Statement of Changes of
Beneficial Ownership of Securities (Form 4) (Feb. 20, 2018); Pilgrim's Pride Co.,
Statement of Changes of Beneficial Ownership of Securities (Form 4) (Jan. 23,
2019); Pilgrim's Pride Co., Statement of Changes of Beneficial Ownership of
Securities (Form 4) (May 2, 2019); Pilgrim's Pride Co., Statement of Changes of
Beneficial Ownership of Securities (Form 4) (Mar. 26, 2020); Pilgrim's Pride
Co., Statement of Changes of Beneficial Ownership of Securities (Form 4) (Jan.
7, 2021); Pilgrim's Pride Co., Statement of Changes of Beneficial Ownership of
Securities (Form 4) (Feb. 12, 2021).

Dated: New York, New York
        September 30, 2021


                                        *s/ Caroline H. Zalka*
                                        Caroline H. Zalka

2