IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01966-RM-MEH

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION LOCAL 464A,
TRUSTEES OF WELFARE AND PENSION FUNDS OF LOCAL 464A—PENSION FUND,
TRUSTEES OF RETIREMENT PLAN FOR OFFICERS,
BUSINESS REPRESENTATIVES AND OFFICE EMPLOYEES OF LOCAL 464A,
TRUSTEES OF LOCAL 464A FINAST FULL TIME EMPLOYEES PENSION PLAN,
TRUSTEES OF LOCAL 464A WELFARE AND PENSION BUILDING INC.,
TRUSTEES OF NEW YORK-NEW JERSEY AMALGAMATED PENSION PLAN FOR ACME EMPLOYEES, and
NEW MEXICO STATE INVESTMENT COUNCIL, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

PILGRIM'S PRIDE CORPORATION,
JAYSON J. PENN,
WILLIAM W. LOVETTE, and
FABIO SANDRI,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 75) of Judge Raymond P. Moore entered on March 8, 2022, it is

ORDERED that judgment is hereby entered in favor of Defendants Pilgrim's Pride Corporation, Jayson J. Penn, William W. Lovette, and Fabio Sandri; and against Plaintiffs United Food and Commercial Workers International Union Local 464A, Trustees of

Welfare and Pension Funds of Local 464A-Pension Fund, Trustees of Retirement Plan for Officers, Business Representatives and Office Employees of Local 464A, Trustees of Local 464A Finast Full Time Employees Pension Plan, Trustees of Local 464A Welfare and Pension Building Inc., Trustees of New York-New Jersey Amalgamated Pension Plan for ACME Employees, and New Mexico State Investment Council   It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 8th day of March, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

  s/C. Pearson, Deputy Clerk