**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01966-RM-MEH

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION LOCAL
464A,
THE TRUSTEES OF WELFARE AND PENSION FUNDS OF LOCAL 464A – PENSION
FUND,
THE TRUSTEES OF RETIREMENT PLAN FOR OFFICERS,
BUSINESS REPRESENTATIVES AND OFFICE EMPLOYEES OF LOCAL 464A,
THE TRUSTEES OF LOCAL 464A FINAST FULL TIME EMPLOYEES PENSION PLAN,
THE TRUSTEES OF LOCAL 464A WELFARE AND PENSION BUILDING INC., and
THE TRUSTEES OF NEW YORK-NEW JERSEY AMALGAMATED PENSION PLAN FOR
ACME EMPLOYEES, Individually and on Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PILGRIM'S PRIDE CORPORATION,
JAYSON J. PENN,
WILLIAM W. LOVETTE, and
FABIO SANDRI,

      Defendants.

---

**DECLARATION OF NATHAN R. LINDELL IN SUPPORT
OF LEAD PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT**

---

4853-8169-2442.v1

I, NATHAN R. LINDELL, declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and am admitted to practice in this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for Lead Plaintiff New Mexico State Investment Council ("Lead Plaintiff") in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Lead Plaintiff's [Proposed] Consolidated Second Amended Complaint for Violations of the Federal Securities Laws ("PSAC"); and

Exhibit B:    Redline showing changes between Lead Plaintiff's Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws (ECF No. 54 ) and the PSAC.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 5, 2022, at San Diego, California.

s/ NATHAN R. LINDELL
NATHAN R. LINDELL

- 1 -

4853-8169-2442.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 5, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ NATHAN R. LINDELL
NATHAN R. LINDELL

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  nlindell@rgrdlaw.com

4853-8169-2442.v1

# Mailing Information for a Case 1:20-cv-01966-RM-MEH United Food and Commercial Workers International Union Local 464A et al v. Pilgrim's Pride Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Naumon Amjed**
  namjed@ktmc.com,rdegnan@ktmc.com,ksauder@ktmc.com,hpaffas@ktmc.com,iyeates@ktmc.com

- **Seth Alben Aronson**
  saronson@omm.com,mlippincott@omm.com,apletcher@omm.com,seth-aronson-9209@ecf.pacerpro.com,mtubach@omm.com

- **Christopher Patrick Burke**
  cburke@omm.com,christopher-burke-5473@ecf.pacerpro.com

- **Andrew Joseph Cauchi**
  Andrew.Cauchi@weil.com

- **John Anderson Fagg , Jr**
  johnfagg@mvalaw.com,aishaahreed@mvalaw.com,lindamelin@mvalaw.com

- **Nicole Gilliland**
  ngilliland@rgrdlaw.com

- **Rusty Evan Glenn**
  rusty@shumanlawfirm.com,kip@shumanlawfirm.com

- **Nathan R. Lindell**
  nlindell@rgrdlaw.com,nate.lindell@gmail.com,E_File_SD@rgrdlaw.com,AGonzales@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

- **Tania Christina Matsuoka**
  tania.matsuoka@weil.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Mark A. Nebrig**
  marknebrig@mvalaw.com,kellybowling@mvalaw.com

- **Joel S. Neckers**
  neckers@wtotrial.com,allen@wtotrial.com,mchenry@wtotrial.com

- **Amy S. Park**
  apark@omm.com

- **Nicole E. Schiavo**
  nicoleschiavo@mvalaw.com,janetkoronkiewicz@mvalaw.com

- **Michael Frederick Tubach**
  mtubach@omm.com,michael-tubach-9759@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)