# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-01966-RM-MEH

UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION LOCAL
464A, THE TRUSTEES OF WELFARE AND PENSION FUNDS OF LOCAL 464A –
PENSION FUND, THE TRUSTEES OF RETIREMENT PLAN FOR OFFICERS,
BUSINESS REPRESENTATIVES AND OFFICE EMPLOYEES OF LOCAL 464A,
THE TRUSTEES OF LOCAL 464A FINAST FULL TIME EMPLOYEES PENSION PLAN,
THE TRUSTEES OF LOCAL 464A WELFARE AND PENSION BUILDING INC., and
THE TRUSTEES OF NEW YORK-NEW JERSEY AMALGAMATED PENSION PLAN
FOR ACME EMPLOYEES, Individually and on Behalf of All Others Similarly Situated,

      Plaintiffs,

v.

PILGRIM'S PRIDE CORPORATION, JAYSON J. PENN,
WILLIAM W. LOVETTE, and FABIO SANDRI,

      Defendants.

---

### Declaration of Caroline H. Zalka In Support of Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment Under Rule 59(e)

---

I, Caroline H. Zalka, declare the following under penalty of perjury, this 26th day of
April, 2022:

1.  I am an attorney duly admitted to practice before this Court and a partner at the law firm Weil, Gotshal & Manges LLP, counsel of record for Defendants Pilgrim's Pride Corporation and Fabio Sandri. I submit this Declaration in support of Defendants' Opposition to Plaintiff's Motion to Alter or Amend Judgment Under Rule 59(e) (the "Opposition").

2.  True and correct copies of the following documents cited in the Opposition are attached as Exhibits 1 through 9:

EXHIBIT     DESCRIPTION

1.     Indictment, *United States v. McGuire*, No. 1:21-CR-00246-DDD (D. Colo. July 28, 2021), ECF No. 1 (excerpted)

2.     Reporter's Transcript, Trial 1, November 1, 2021, *United States v. Penn*, No. 1:20-CR-00152-PAB (D. Colo.), ECF No. 860 (excerpted)

3.     Reporter's Transcript, Trial 1, November 3, 2021, *United States v. Penn*, No. 1:20-CR-00152-PAB (D. Colo.), ECF No. 886 (excerpted)

4.     Reporter's Transcript, Trial 1, November 2, 2021, *United States v. Penn*, No. 1:20-CR-00152-PAB (D. Colo.), ECF No. 861 (excerpted)

5.     Reporter's Transcript, Trial 1, November 4, 2021, *United States v. Penn*, No. 1:20-CR-00152-PAB (D. Colo.) (excerpted)

6.     Realtime Transcript, Trial 2, March 15, 2022, *United States v. Penn*, No. 1:20-CR-00152-PAB (D. Colo.) (excerpted)

7.     Realtime Transcript, Trial 2, March 9, 2022, *United States v. Penn*, No. 1:20-CR-00152-PAB (D. Colo.) (excerpted)

8.     Realtime Transcript, Trial 2, March 8, 2022, *United States v. Penn*, No. 1:20-CR-00152-PAB (D. Colo.) (excerpted)

9.     Realtime Transcript, Trial 2, March 10, 2022, *United States v. Penn*, No. 1:20-CR-00152-PAB (D. Colo.) (excerpted)

Dated:  April 26, 2022
        New York, New York

Respectfully submitted,

*/s/ Caroline H. Zalka*
Caroline H. Zalka

2