# EXHIBIT 1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No.:   21-cr-00246-DDD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JASON MCGUIRE,
2.  TIMOTHY STILLER,
3.  JUSTIN GAY,
4.  WESLEY SCOTT TUCKER,

     Defendants.

---

## INDICTMENT

---

The Grand Jury charges that:

## COUNT 1

(Conspiracy to Restrain Trade)

1.     Beginning at least as early as 2012 and continuing through at least early 2019, the exact dates being unknown to the Grand Jury, in the State and District of Colorado and elsewhere, JASON MCGUIRE, TIMOTHY STILLER, JUSTIN GAY, and WESLEY SCOTT TUCKER ("Defendants"), together with co-conspirators known and unknown to the Grand Jury, entered into and engaged in a continuing combination and conspiracy to suppress and eliminate competition by rigging bids and fixing prices and other price-related terms for broiler chicken products sold in the United States. The combination and conspiracy engaged in by the Defendants and co-conspirators was a

| Approx. Time (EDT) | Call Initiator | Call Recipient | Approx. Duration (min.) |
|---|---|---|---|
| 10:02 a.m. | Kantola | Brady | 11 |
| 10:17 a.m. | Brady | Fries | 1 |
| 10:22 a.m. | Fries | Brady | 7 |
| 11:10 a.m. | Brady | Cooperative-1-Employee-3 | 2 |
| 11:24 a.m. | Cooperative-1 | Brady | 5 |
| 11:37 a.m. | Brady | Mulrenin | 1 |
| 11:45 a.m. | Brady | Mulrenin | 2 |
| 1:15 p.m. | Brady | Mulrenin | 17 |
| 1:31 p.m. | Brady | Austin | 19 |
| 2:01 p.m. | Blake | Austin | 8 |
| 2:03 p.m. | Brady | Kantola | 7 |
| 2:10 p.m. | Brady | Fries | 20 |
| 3:39 p.m. | Brady | Cooperative-1-Employee-3 | 15 |
| 4:24 p.m. | Austin | Brady | 8 |
| 4:54 p.m. | Brady | Kantola | 4 |

b.    At approximately 5:15 p.m. (EDT), Brady texted Fries: "Told [Cooperative-1-Employee-3] we would go down .02 he said someone moved down .04 it has to be [Supplier-6] or he is bluffing. Roger [Austin] and bill [Kantola] are not moving."

107.   It was further part of the conspiracy that on or about September 19, 2014, STILLER told another Pilgrim's employee: "Got [QSR-1] and [QSR-6]. Rest still to come. Everybody is getting that price increase."

108.   It was further part of the conspiracy that by on or about December 24, 2014, Suppliers had signed cost-plus pricing agreements for calendar year 2015 with

28

<table>
<tr><td>

s/Richard A. Powers
RICHARD A. POWERS
Acting Assistant Attorney General

</td><td>

James J. Fredericks
JAMES J. FREDRICKS
Chief, Washington Criminal II Section

</td></tr>
<tr><td>

MARVIN N. PRICE JR.
Director of Criminal Enforcement

Antitrust Division
U.S. Department of Justice

</td><td>

s/Yixi (Cecilia Cheng
YIXI (CECILIA) CHENG
MICHAEL KOENIG
JILLIAN M. ROGOWSKI
Trial Attorneys

Antitrust Division
U.S. Department of Justice
Washington Criminal II Section
450 Fifth Street, N.W.
Washington, D.C. 20530
Tel: (202) 705-8342
Yixi.Cheng@usdoj.gov

</td></tr>
</table>