# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-CR-00152-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAYSON JEFFREY PENN,
MIKELL REEVE FRIES,
SCOTT JAMES BRADY,
ROGER BORN AUSTIN,
TIMOTHY R. MULRENIN,
WILLIAM VINCENT KANTOLA,
JIMMIE LEE LITTLE,
WILLIAM WADE LOVETTE,
GAR BRIAN ROBERTS,
RICKIE PATTERSON BLAKE,

    Defendants

_____

REPORTER'S TRANSCRIPT
Excerpt of Trial to Jury
Testimony of Robert Lewis, Vol. 1

_____

Proceedings before the HONORABLE PHILIP A. BRIMMER, Chief Judge, United States District Court for the District of Colorado, commencing at 11:05 a.m., on the 3rd day of November, 2021, in Courtroom A201, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Janet M. Coppock, 901 19th Street, Room A257, Denver, Colorado, 80294, (303) 335-2106

*A.* No.

*Q.* Okay. What happened next?

*A.* Well, we finalized the proposals, reached agreement with each of the suppliers and then prepared the SBRA addendums.

*Q.* Do you know any of the suppliers in their final proposal lowered their prices?

*A.* From their bid price to their final price, yes. All of them dropped it slightly.

*Q.* And even with the slight drop, what was your view or reaction to the proposed pricing that you were receiving?

*A.* The magnitude of the price increase was disturbing.

*Q.* So you got to a point where you reached contracts with each of the competing suppliers. Is that what you said?

*A.* Yes.

*Q.* Could you now turn to Tabs 23 through 28 of your binder? And that should be where you find Government Exhibits 1121, 1119, 1123, 1125, 1126 and 1127.

Have you had an opportunity to look at those?

*A.* Yes.

*Q.* What are those six exhibits?

*A.* These are the SBRA agreements, the addendums for the agreement with each of the six suppliers summarizing the agreement we have on pricing, volume for 2015 through 2017.

*Q.* Are these signed contracts between RSCS and each of the six competing chicken suppliers?

*A.* Yes.

*Q.* And are these the signed contracts that you were negotiating in 2014 with the competing chicken suppliers?

*A.* I'm sorry, I didn't understand the question.

*Q.* Were these the contracts that you had been conducting price negotiations with during 2014?

*A.* Yes.

    *MR. TORZILLI:* Your Honor, move to admit 1119, 1121, 1123, 1126, 1127 and 1125.

    *THE COURT:* Looks like we have potentially a lot of objections. Why don't we take, first of all, Exhibit 1121. Any objection to the admission of Exhibit 1121?

    *MR. TUBACH:* Your Honor, I have the same objection to all of them. I have no objection to the admissibility, the admission of the contracts themselves, but the first page of the exhibit is not actually part of the contract and we ask that that page not be admitted.

    *MR. GILLEN:* Your Honor, also I believe we were going to see the exhibit so we can look at them on the screen. So if they could do that, that would be helpful.

    *THE COURT:* That may take a while. Does the government have hard copies for Mr. Gillen?

    *MR. TUBACH:* I have a hard copy I am happy to share.

    *THE COURT:* Let me know when you are ready, Mr. Gillen. We are going to talk just about -- we will take

Robert Lewis - Direct

*A.* One year.

*Q.* Why the change?

*A.* Well, given all the issues we'd had with supply, it was a way to try to ensure that KFC was going to be covered volume-wise for an extended period of time. And we also felt that it was an advantage for the supplier because it was volume that they could look forward to for an extended period of time.

*Q.* Do you see a supplier margin entry on this page?

*A.* Yes.

*Q.* And what's the amount associated with the supplier margin?

*A.* 21 and three-quarter cents per pound.

*Q.* Do you recall whether Pilgrim's Pride's original pricing proposal had a supplier margin amount?

*A.* Yes.

*Q.* What was the supplier margin amount in its original pricing proposal?

*A.* .2175.

*Q.* So did Pilgrim's Pride reduce its profit or its supplier margin proposal at any point in the price negotiations?

*A.* No.

*Q.* Who signed the agreement on behalf of Pilgrim's Pride?

*A.* Mr. Austin.

*Q.* If you can now turn to the page in Exhibit 1126 that has the production number or Bates number ending in 1580. Up at the top it says Exhibit 2. Are you there?

Robert Lewis - Direct

A. Yes.

Q. What does this page convey?

A. This page shows the individual products that are to be supplied by Pilgrim's along with the FOB price per pound and the weekly volume commitment.

Q. How much chicken was Pilgrim's Pride going to be providing to KFC restaurants on a weekly basis under this contract?

A. 2,110,500 pounds or 63 truckloads.

Q. So as a relatively small increase in the price, what effect does that have on the KFC system as a whole?

A. In 2015 if you take the volume from the SBRA agreements that were signed, the total volume would exceed 400 million pounds of chicken on the bone, so 1 cent would be $4 million.

Q. And what were the magnitude of the price increases that you were facing at this time in 2014?

A. 15 to 20 cents per pound.

Q. If you could now turn to the next tab. It's Tab 24 in Government Exhibit 1119.

MR. TORZILLI: Permission to publish Page 2?

THE COURT: You may.

BY MR. TORZILLI:

Q. If you could turn to Page 2 of this exhibit.

What is it?

A. It's the SBRA agreement for Claxton Poultry covering