# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 20-CR-00152-PAB

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

JAYSON JEFFREY PENN,
MIKELL REEVE FRIES,
SCOTT JAMES BRADY,
ROGER BORN AUSTIN,
TIMOTHY R. MULRENIN,
WILLIAM VINCENT KANTOLA,
JIMMIE LEE LITTLE,
WILLIAM WADE LOVETTE,
GAR BRIAN ROBERTS,
RICKIE PATTERSON BLAKE,

     Defendants

_____

REPORTER'S TRANSCRIPT
Trial to Jury, Vol. 8

_____

     Proceedings before the HONORABLE PHILIP A. BRIMMER,

Chief Judge, United States District Court for the District of

Colorado, commencing at 8:40 a.m., on the 4th day of November,

2021, in Courtroom A201, United States Courthouse, Denver,

Colorado.

 Proceeding Recorded by Mechanical Stenography, Transcription
Produced via Computer by Janet M. Coppock, 901 19th Street,
Room A257, Denver, Colorado, 80294, (303) 335-2106

Sara Fisher - Direct

order with suppliers.  Either suppliers would ship to the distributor or the distributor would pick up.  And then restaurants would place orders with the distributors and distributors would ship to the stores.

Q.  Were there any KFC stores in California?

A.  Yes.

Q.  Were there any of the KFC chicken suppliers in the time that you were senior manager of poultry procurement that had -- that supplied from California?

A.  No, not that we were working with.

Q.  So the chicken would travel from the supplier into California through that chain that you just described?

A.  Correct.

Q.  You mentioned your role in procurement at RSCS involved negotiating contracts; is that right?

A.  Yes.

Q.  Could franchisees, could the restaurants themselves buy chicken outside of these contracts that you negotiated?

A.  No.  They have to purchase from approved Yum distributors. And then they -- the Yum distributors purchased from the suppliers based on our contract negotiations.

Q.  And in your time as senior manager of poultry procurement, which is what we'll be talking about today, who were the approved chicken suppliers?  Which chicken suppliers were approved that you just described?

Sara Fisher - Direct

*A.* There were eight. Do you want me to list them?

*Q.* Yes, please.

*A.* Case Farms, Claxton, George's, Mar-Jac, Pilgrim's, Tyson, OK Foods, and I am missing one.

*Q.* And we can come back to that.

*A.* Okay.

*Q.* So when you were in your position, did you actually -- were you actually involved in the negotiations process?

*A.* Yes.

*Q.* What contract were you involved in the negotiation for?

*A.* The 2018, '19 and '20.

*Q.* And when did those negotiations begin?

*A.* We sent out the initial letters in December of 2016.

*Q.* Can you describe how that 2016, 2017, how that negotiations process worked?

*A.* So we went through an RFP process. We kicked it off in December of 2016. We had each of the suppliers come in and present their round one bids, proposals to us in person, and then there was some further negotiation and then awards were given.

*Q.* Let's break that down. You mentioned in the beginning there was an RFP. What is an RFP?

*A.* It's just the formal kind of contract negotiation process where you have an initial kickoff, and then you have several rounds of proposals that are submitted before awards are given.

Sara Fisher - Direct

Q.  When you use the word kickoff, could you describe further what you mean?

A.  We sent an e-mail just letting everyone know we were ready to start the contract negotiations and what the timing of the first round would look like.

Q.  And who received that e-mail?

A.  There were eight suppliers.

Q.  And then you discussed rounds of bidding.  Can you describe what a round of bidding is?

A.  Each supplier would be -- if they were interested in bidding on the business, would provide a proposal back to us and that would be kind of round one.  That's where we had the suppliers come in and present those.  And then there was a second round where we -- further negotiations where they provide revised bids.

Q.  And at the end you said there was an award.  Can you describe what an award is?

A.  It was basically awards from a volume standpoint based on the negotiations, so it would be an SBRA contract that we would put in place that would have pricing and volume and plant locations.

Q.  So an award is a contract?

A.  Yes.

Q.  And at the end of the negotiations process you were involved in, how many of the eight suppliers that you sent the

Sara Fisher - Direct

kickoff e-mail to received awards?

A.  All eight.

Q.  So there were more than one?

A.  Yes.

Q.  Did you understand the suppliers at the time to be competitors?

A.  Yes.

Q.  If they all won business, can you describe how you viewed them as competitors?

A.  Because they were separate companies that were bidding on our -- in a competitive contract negotiation bidding on business.

Q.  What were they competing for?

A.  Volume of fresh chicken.

Q.  So for the contract -- I think you answered this already -- the contract that was negotiated in 2016 and 2017, can you just remind me when that went into effect?

A.  It was for the calendar years '18, '19 and '20.

Q.  So it was a three-year contract?

A.  Yes.

Q.  Do you know -- are you aware of why there was a three-year contract?

A.  Yes.  We were concerned about capacity.  And we wanted to partner with the poultry suppliers and ensure that we had capacity for long-term in the small bird space.