# EXHIBIT 6

Test March 15, 2022; day 13.  9:01 a.m.

THE COURT:  Unfortunately, a late start, but I am glad we got the problems resolved hopefully.  This microphone seems unusually live.

Why don't we get the witness.

Mr. Torzilli, go ahead.  Maybe we can postpone the getting of the witness.

MR. TORZILLI:  So Your Honor, we learned at 8:25 a.m. that the defendants intend to call their expert a week early, earlier than expected, and we understand that that owes to some nebulous combination of moving him up and cutting witnesses that were ahead of him on the existing witness list.  We've asked the defendants for an actual witness list to be filed immediately and we ask that the defendants be ordered to file that no later than noon today.  We need to have a witness list to understand what witnesses they are going to be calling and when they are going to be called.

THE COURT:  Okay.  Response?

Ms. Pletcher?

MS. PLETCHER:  Thank you, Your Honor.  Briefly with respect to Professor Snyder, he is in town.  We do expect to put him on the stand on Thursday.  We are disclosing everything we need to disclose to the government within the next hour.  Mr. Torzilli and I have been discussing that.  Mr. Snyder may also be appearing in the courtroom at various points to listen

A.   The reason that we saw the vast majority -- now, certainly the profit piece of it or the margin piece of it that was needed to try to help compete with big birds was the lion's share of that but there were other changes within the model, things that, you know, labor, chick cost, grower pay, things like that that also in normal what we would consider within normal confines increased as well, but the grand total of it was -- the majority of that was based on just the incremental margin needed to keep supplying KFC COB.

BY MS. RAHMAN:

Q.   Now, you testified that supply was tight that big birds were yielding more profit than small birds.

A.   Correct.

Q.   Was that true?

A.   Yes.

Q.   Did the pricing for 2015, 2017 contract end up where you thought it would?

A.   They ended up at the very top end of where I maybe thought that they could go.  Certainly, you know, we were hoping and I was hoping they would be less than that, but no, I wasn't overly -- at the end of the day, I wasn't overly surprised.

Q.   And what did you attribute the high prices to in the final contracts?

A.   Well, we did have to reset our supply.  We did need to -- KFC previously, you know, had taken -- had always taken the

hammer to suppliers as I laid out previously and every chance they had. And we were in a short supply. The landscape, the supply availability was changing. And, you know, at the end of the day I think we really were in -- for that 2015 contract cycle, we were at a crossroads for the KFC business. And you know, either we were going to make some significant changes, which were very painful for this system, you know, no question about that, although I will say that, you know, the brand obviously performed very well after that, so it's not like we bankrupted KFC by any stretch, but we had to really -- if we didn't change what we were doing, we were going to find ourselves, whether it was in 2015 or somewhere do you understand the road, we were eventually going to find ourselves in our position to where we couldn't supply COB. So it as painful as it was, what we had to do, I honestly believe that we stabilized the landscape of COB for the years that followed even into the next contract cycle and had we not done that, I honestly don't know what it would have looked like.

Q. What do you mean by stabilizing the market or the landscape?

A. You know, we were successful in showing suppliers that we did want to kind of look at the partnership in a new way. Yes, part of that was absolutely in terms of paying them more to allow them to make a reasonable margin compared to what other alternate aspects of the industry were making, but also, you