# EXHIBIT 8

Test test, Penn test test March 8, 2022;

THE COURT: Yes, Mr. Feldberg.

MR. FELDBERG: Your Honor, I don't know if this is the right time but I would like to raise an issue with the court outside the presence of the jury before Mr. Bryant gets on the stand and depending on where we are with jurors coming in I could do it now or at the break.

THE COURT: How long do you think it will take? I don't want to start late.

MR. FELDBERG: Three to five minutes, but I can do it later at a break.

THE COURT: Why don't we do it later at a bake because I want to try to start us on time. Why don't you have Ms. Fisher come back.

Jury present.

THE COURT: Good mornings ladies and gentlemen. As you recall we started the testimony of Ms. Fisher and will continue with that now. Ms. Sweeney, go ahead.

MS. SWEENEY: Thank you, Your Honor.

BY MS. SWEENEY:

Q. Good morning, Ms. Fisher.

A. Good morning.

Q. Now, before we ended last night do you recall that we were looking at documents relating to the RFP process for the 2017 negotiations with the chicken suppliers?

Exhibit 9271.

THE COURT:  Any objection to the admission of 9271?

MR. FAGG:  No, Your Honor.

THE COURT:  9271 will be admitted.

MS. CALL:  Permission to publish.

THE COURT:  You may.

BY MS. CALL:

Q.  Now, Mr. Bryant, who is depicted in this photograph?

A.  Bill Lovette.

Q.  And do you see Bill Lovette in this courtroom today?

A.  Yes.

Q.  Could you please identify him based on an article of
clothing?

A.  Yes.

MR. FAGG:  Your Honor, we will stipulate to the
identification.

A.  He just stood up.

THE COURT:  I think both has occurred, but so I think
we can go on.

MS. CALL:  Okay.  I will take it that the record
reflects the identification.

THE COURT:  Yes, it shall.

MS. CALL:  Thank you.

BY MS. CALL:

Q.  Now, did Bill Lovette have any -- do you have an

understanding as to Bill Lovette's role in pricing for fast-food restaurants?

A. Not -- not really.  I don't know what his level of involvement would have been.

Q. All right.  What was the nature of your relationship with Defendant Lovette?

A. Less frequent conversations than with Mr. Penn. Mr. Lovette would have been in the monthly sales meetings and ask questions, things of that nature, but not -- but less frequently than Mr. Penn.

Q. Okay.  And you said he was in monthly sales meetings.  Did you attend monthly sales meetings?

A. I did.  I believe I started going to those from 2015 on.

Q. All right.  Now, moving on outside of Pilgrim's, you earlier mentioned several individuals outside of Pilgrim's that you were aware of participating in this conduct.  Let's start with Bill Kantola.  What is your basis for saying that Bill Kantola participated in the conduct you have described?

A. Conversations with Mr. Austin and, you know, a phone call I overheard in 2014.

Q. And those conversations and phone calls, were they all in 2014?

MS. HENRY:  Objection, Your Honor, it mischaracterized what his testimony was.  She said phone calls and he said phone call.